# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIRQ JOHNSON ,**<br>    **Plaintiff,**<br><br>         v.<br><br>**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (SEPTA), AND NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  16-3599** |

## ORDER

**AND NOW**, this 25th day of October, 2016, upon consideration of Defendant SEPTA's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 14), the Plaintiff's Response in Opposition thereto (ECF No. 18), Defendant SEPTA's Reply (ECF No. 20), and Defendant AMTRAK's Brief in Response (ECF No. 23), **IT IS HEREBY ORDERED** that the motion to dismiss is **GRANTED**.

                                                                        **BY THE COURT:**

                                                                        **/S/WENDY BEETLESTONE, J.**

                                                                        _____
                                                                        **WENDY BEETLESTONE, J.**