# EXHIBIT D

Copyright © 2017 by Dr. Carl Berkowitz

# Safety Report – 30th Street Station Johnson v. Amtrak



**30th Street Station**

Prepared by: Carl M. Berkowitz, Ph.D., PE, AICP
March 13, 2017

Copyright © 2017 by Dr. Carl Berkowitz

# Table of Contents

| I. | Overview | 3 |
|----|----------|----|
| II. | Accident Information | 11 |
| III. | AMTRAK, SEPTA, 30th Street Station | 15 |
| IV. | General Findings and Opinions | 20 |
| V. | Support Information | 24 |
| VI. | References | 27 |
| VII. | Conclusion | 28 |
| | Appendices | 29 |

Copyright © 2017 by Dr. Carl Berkowitz

## I. Overview

Railroad passengers have a need to feel safe, for example, most people traveling by both AMTRAK and SEPTA expect to go from a point A to point B safely. Upon embarking on a trip the passenger places his or her fate in the Railroad's hands; and it is a reasonable expectation that the railroad will take due care of the passenger. AMTRAK and SEPTA are offering transportation knowing that there are certain risks, and they have a moral and legal obligation to manage and to make any hazards known to those who avail themselves of their services. In general terms, AMTRAK and SEPTA must manage that which can be managed and control that which can be controlled.

It is unwise to depend on luck to prevent injuries from platform crowding and resultant falls. It is much wiser to have a policy to prevent these types of accidents in the first place. Accidents occur when a passenger's center of gravity is suddenly and forcefully thrown out of balance (e.g., a sudden change in the platform environment, as in this case, caused by crowding. Walking can be hazardous when the pathway is blocked by crowding. A safe pathway for walking is one free of obstructions, such as a large platform crowd.

### A. Safety

AMTRAK's and SEPTA's lack of crowding policies and programs are to blame for this accident not Mr. Johnson. The two Railroads for many years incorrectly assumed that it didn't matter how dangerous something is at their 30th Street Station;[1] passengers will always figure some way to keep themselves safe, rather than provide a good technical fix which is both desirable and necessary to prevent passenger injury. This platform hazard is the result of human failure that could have been eliminated a longtime ago through better management of the platform passenger flows.

When a platform hazard-related accident was reported to AMTRAK and SEPTA, they took the attitude that this incident was the direct result of the passenger performing less than adequately; and the Railroad's made the incorrect assumption that the accident victim was careless or reckless rather than taking the blame. If for whatever reason AMTRAK and SEPTA believed that they were operating a guarded system, they lacked sufficient respect for platform crowding thus causing harm to passengers. For years, the Railroads failed to implement the most important aspects of rail safety, including: targeted incident reporting system, good safety management and supervision protocol, employee training, up-to-date operating procedures, frequent platform inspections and appropriate platform management to meet current standards.

### B. Basic Elements of the Accident

Table 1 summarizes the basic elements that will lead-up to a platform fall accident. The entire accident process takes less than a few seconds and without the passenger being warned, there is no time to adjust oneself and avoid injury (recovering).

---

[1] 30th Street Station, platforms and tracks are owned by AMTRAK. SEPTA lease agreement with AMTRAK, dated June 1, 1995, to use 30th Street Station.

Copyright © 2017 by Dr. Carl Berkowitz

**Table 1. Elements of the Accident**

|   | Action | Outcome | Estimated Time Interval |
|---|--------|---------|-------------------------|
| 1 | Passenger approaches the platform from a crowded AMTRAK railcar. | Passenger does not recognize that the platform is crowded until on the platform (In this case the passenger is blind) | |
| 2 | Passenger is pushed backwards by the crowd surge to the platform edge. | Passenger is not aware that they are close to the platform edge. | Approximately several second* |
| 3 | Passenger experiences a pushback from other passengers on the platform and experiences a falling sensation while moving backwards. | Passenger does not perceive the potential danger of losing balance at the platform edge. | |
| 4 | Passenger tries to avoid losing balance | Passenger tries to regain balance and footing on the platform (recover). | |
| 5 | Passenger loses balance. | Passenger falls backwards onto the tracks below the platform. | |

## C. Perception-Reaction Time

Mr. Johnson needed time to react in the presence of a large platform crowd at the 30th Street Station, Track 3, position B platform area. The time he needed to respond in order to prevent an accidental fall can be divided into four distinct steps: 1. Time it takes to recognize the platform crowd situation, 2. Time it takes to understand this situation, 3. Time to decide what action to take and 4. Time it takes for necessary preventive action. This sequence is referred to as the perception-reaction time and involves detection, identification, decision and reaction.

- **Detection** of information is the awareness (Mr. Johnson is blind.) that the passenger is going to recognize the platform crowd;
- **Identification** is the gathering of enough information to make an appropriate decision as to what is happening, is there a danger and whether the situation calls for an immediate response;
- **Decision** involves making a choice as to the appropriate action to take for the current emergency; and
- **Reaction** occurs when the brain orders the appropriate muscle groups to implement the response action that has been decided upon to prevent a fall from the platform.

The perception-reaction process does not guarantee that the correct decision will automatically follow detection. Failure or delay in one of the four steps will result in an accident. Existing information on perception-reaction time is based on laboratory human factor studies. The brain can be adversely affected from lack of experience, unfamiliarity with the situation and not being able to visually observe the crowding situation

The American Association of State Highway and Transportation Officials recommends a 2.5-second perception-reaction time (for a sighted individual), a time that they considered long

4

Copyright © 2017 by Dr. Carl Berkowitz

enough covering almost all complex conditions. Research has shown that perception-reaction time for a sighted person can be as little as 1.5 second; and for a blind person, significantly greater; and Mr. Johnson's fall occurred in just a few seconds; and because of his blindness did not have the opportunity to perceive and react effectively to the platform crowding.

## D. Hazard Prevention

Table 2 outlines the key concerns for platform hazard prevention.

**Table 2. Preventing Platform Accidents**

| Step | Action | Description |
|---|---|---|
| 1 | Determine Root Causes | It involves the search for those factors that cause platform crowding accidents (to seek from among the available data the nature of the causes that leads to these undesired consequences). |
| 2 | Identify Causations | Determine factors present where accidents occur. |
| 3 | Undertake Accident Investigation | • Collect hard facts in order to consider which elements, if removed, would prevent an accident. <br> • Ensure a thorough analysis and take the necessary steps to create a clearer picture of previous accidents (accident prevention measures could be derived from these investigations). |
| 4 | Conduct Safety Inspection Practices | • Ensure frequent inspections. <br> • Ensure that inspections are not interrupted until completed. <br> • Ensure that the inspector is sufficiently trained in knowing what to look for. |
| 5 | Review Operation | Had the system been operated effectively accident factors might have been identified and corrected before they take on significance. |
| 6 | Develop Written Procedures | • Ensure that adequate procedures are in place as inadequate procedures are a common cause of accidents. <br> • Remember that similar situations produce recurrent accident patterns. <br> • Remain sensitive to safety operations and maintain capabilities to respond to changes in the systems' safety. |
| 7 | Track Accidents | Be concerned with recurring accidents and making an effort to articulate accidents and assess the likelihood that a new strategy is necessary to decrease the risk of accidents. |
| 8 | Review Safety Program | • Ensure that the safety process is well understood and does not require coordinated action. <br> • Safety issues should be corrected the first time because there are not a lot of opportunities to improvise when things go wrong. |

Inman, Ralston and Todd in their book Human Walking (1989) define walking as "a rhythmic displacement of bodily parts that maintains the animal in constant forward progression over a level surface." And "in the act of walking, there are two basic requisites: 1) continuing ground reaction forces that support the body and 2) periodic movement of each foot from one position of support to the next in the direction of progression."

5

Copyright © 2017 by Dr. Carl Berkowitz

### E. Fall Hazard

A fall hazard exists when there is a crowded platform along the primary walking surface, where there is a reasonable expectation that a person could not anticipate a fall event. The relevance of a fall hazard depends on location and the passenger's expectation of the walking surface characteristics. A number of standards exist that quantify the requirements for a safe walking area.

A hazard exists when there are walking area changes. The significance of the hazard is a function of the change, the passenger's expectation regarding the presence of the change and the passenger's response to the forces generated within the body by the movement because of the change. A fall occurs as a result of the passenger's center of gravity moving out of the support base (too far off its center of balance) area, and the person's muscles are unable to implement a recovery response, resulting in a fall.

Design is the first and the most important (fundamental) level of preventing a fall which includes removing hazards from the passenger's pathway. The accident at Track 3, platform position B, 30th Street Station could have been easily prevented had AMTRAK and SEPTA understood how accidents can happen, and then identify the problem areas and eliminate the hazard. It is important to note that poor platform operations (crowding) resulted in a hazard point for the disembarking train passenger. Furthermore, it should be noted that the hazardous conditions (crowding) at 30th Street Station, Track 3, platform position B, could have been anticipated for a time before Mr. Johnson's accident.

Absent of any information, to the contrary, it is not unreasonable for a passenger to expect that a train platform is completely safe. Many mishaps are caused by an unexpected change in operations as in this case, there was a higher probability that a serious accident would result. These sudden changes do not offer the passenger an obvious cue to attract a person's attention; and it was not easy to distinguish the presence of the platform crowd and the platform edge for a sightless person.

At the time of the accident, the 30th Street Station, Track 3, platform position B, was not brought-up to currently accepted industry and railroad standards and practices. Preventive measures to eliminate the described hazards were quite simple; adding safety features, including assigning Railroad personnel to the platform, active warning devices and warning information announcements through assigned platform personnel and the public address system.

### F. Accessibility and Disability

30th Street Station and platform areas are designated as handicap accessible. Therefore, the platform must comply with accessibility standards in the Rehabilitation Act of 1973 (Section 504) and the American Disabilities Act (ADA) of 1990. The U.S. Access Board has standards, which act as guidance for passenger facilities. Standards are contained in the ADA Accessibility Guidelines (ADAAG) and need to be followed for passenger facilities in the public right-of-way.



Copyright © 2017 by Dr. Carl Berkowitz

Mr. Johnson is a blind person and his disabilities were fully known to the two Railroads.

## G. Safe Platform
Table 3 presents key considerations that ensure a safe passenger disembarking at a railroad platform.

**Table 3. Attributes for Safe Passenger Disembarking at a Railroad Platform (Blind Passenger)**

| Attribute | Description |
|---|---|
| Accessibility | Fully accessible for all users and meets all ADA requirements. |
| Active Warning | Accurately and functionally inform passengers of all hazards at the station platform while meeting all ADA requirements (assistance of train crew, assistance of station personnel, and announcements). |
| Disembarking Area | The platform area meets all ADA requirements. |
| Clarity | Obvious where the disembarking area is and easy to understand its use by a blind person. |
| Clear Disembarking | Free of obstacles and hazards making the pathway safe for walking and without obstacles. |
| Conspicuity | Ensure that any potential hazard comes to the attention of the passenger disembarking the train. |
| Continuous Path | The platform pathways toward the exits are within ADA standards. |
| Detectable Warning | Alert all passengers, including those with visual impairments while meeting all ADA requirements. |
| Discernible | Passengers need to be able to perceive (touch) any potential hazards so that actions may be taken to avoid them. |
| Expectancy | Ensure that information is provided to capture the passenger's attention and easily communicate the essential data. |
| Information | Information is clearly identifiable and easy to understand and provides advance warning (braille). |
| Passive Warning | Provides static messages of warning, guidance consisting of regulatory signs, warning signs, guide signs, and supplemental platform markings which meet all ADA requirements (braille). |
| Security | Placement of distinguishable ground warnings that contributes to making the hazard more visible to the blind passenger and the user safe. |
| Smoothness | Platform surface is smooth and will perform best under wet conditions while meeting all ADA requirements. |
| Visibility | Illumination of the disembarking area to allow passengers to clearly see the platform and the railcar door threshold. |

## H. Standard Organizations
Table 4 presents the various organizations that have promulgated standards for a safe passenger platform.

Copyright © 2017 by Dr. Carl Berkowitz

**Table 4. Organizations with Standards for Platform Safety**

| Organization/Agency | Requirement | Information Source |
|---|---|---|
| American Association of State Highway and Transportation Officials, Washington, DC | "…Pedestrian facilities… …must be designed to accommodate persons with disabilities." | "Geometric Design of Highways and Streets" |
| American with Disabilities Act | Guidelines for disabled pedestrians. | Public Law 101-336 |
| American National Standards Institute, Washington, DC | Serves as administration and coordination of the US private sector voluntary standardization system. | "A117.1, Accessible and Usable Buildings and Facilities Standard," Standards for change in level. |
| American Public Transit Association, Washington, DC | Guidelines for railroad stations, platforms and the training of personnel. | "Guidelines for Design of Rapid Transit Facilities," Standards for Stations and Training. |
| American Railway Engineering and Maintenance of Way Association, Lanham, MD | Development and advancement of both technical and practical knowledge and recommended practices pertaining to railway infrastructure. | "Manual for Railway Engineering," Updated to 2009 and "Practical Guide to Railway Engineering," 2003. |
| ASTM International, West Conshohocken, PA | International standards organization that develops and publishes voluntary consensus technical standards. | "F 1637, Standard Practice for Safe Walking Surfaces." |
| Institute of Transportation Engineers, Washington, DC | Guidelines for safe pedestrian facilities | "Design and Safety of Pedestrian Facilities, A Recommended Practice," March, 1998. |
| Transportation Research Board, Washington, DC | Standards for the platform interface. | TCRP Report 90, Volume II. TCRP Report 165 |
| Uniform Building Code and the International Building Code | Provides minimum standards for buildings and structures | Uniform Building Code and International Building Code |
| US Architectural and Barrier Compliance Board, Washington, DC | Standards for accessibility design for railroads. | Board's Website |
| US Department of Transportation, Federal Railroad Administration, Washington, DC | Lead agency concerned with rail safety. Issues and enforces railroad safety regulations, sponsors research in many areas, including technologies and education. | US Department of Transportation Website |
| US Department of Transportation, Federal Transit Administration, Washington, DC | Work to reduce accidents by focusing on policy development, technical assistance and funding improvements. | US Department of Transportation Website |

Copyright © 2017 by Dr. Carl Berkowitz

## I. Passenger Information

To accommodate passenger information needs, it is important to provide the types of knowledge that can be rapidly assimilated using more than one sense. Information provided to passengers need to be redundant and in multiple formats increasing the likelihood that all platform users will be able to make an informed decision which includes, but should not be limited to audible information. At the time of this accident, AMTRAK and SEPTA needed to standardize the format used to provide information to disabled passengers. If the information format varies from location to location, passengers may become confused and place themselves in a dangerous situation.

All passengers must obtain a certain amount of information from the environment to walk safely and efficiently. Essential information is obtained by observing platform cues at critical junctures, including, boarding and alighting from the railcar onto the station platform. Some passengers who are visually impaired or blind have learned based on cues to estimate distances and directions to determine their platform location. Furthermore, the information must be designed and delivered in accordance with the ADA Accessibility Guidelines and Standards to ensure usability.

## J. Platform Overcrowding

Factors affecting platform crowding include the physical layout, design that slows the passengers' movement, location of stairways and elevators, when people arrive, outside weather conditions, passenger conflict areas, passenger gathering points, passenger flows, accommodating passengers with restricted visibility, efficient information ready for use in audible format, extra staff available at short notice (when needed) and constructive crowd management controls.

The platform dimensions and the location of the exits (stairways and elevator) are a key factor in crowding, as well as the lack of stairway and elevator capacity that causes passengers to bunch at these access points. After disembarking from the train, passengers at the 30th Street platform surge toward the stairway and bunch around the area closest to the platform edge. This condition makes the platform increasingly hazardous.

The 30th Street Station platform has different functions and characteristics during the departure and arrival of trains. For the arrival, the platform must have sufficient area and vertical access for passengers to move through the area. For the departure, the platform serves as a storage area for passengers waiting for a train and as a movement space for passengers distributing themselves along the platform.

The platform area facilitates multiple passenger circulation functions, including moving along the platform, boarding and alighting from trains, queuing at the platform edge while waiting for the next train to arrive, queuing at stairway and elevator and waiting at benches. Because of this complex and often conflicting characteristics, crowding on the platform creates a potentially dangerous situation where passengers are forced near the platform edge. Disembarking

Copyright © 2017 by Dr. Carl Berkowitz

passengers have to compete with other disembarking passengers in the areas of the platform which coincides with the queuing space for the stairway and elevator.

The location of the stairway and elevator affects the distribution of passengers upon the platform and it is known from various studies that passengers will cluster around platform access stairways. The effective platform area required is based on maintaining a minimum level of service for queuing and for passenger circulation. The platform as designed and operated has a critical passenger holding capacity, which if exceeded, could result in passengers being forced off the platform and onto the track area.

Passenger levels of service provide a useful means of evaluating the capacity and comfort of an active passenger space. This level of service is related to walking and is based on the freedom to select desired walking speeds and the ability to bypass slower-moving passengers. Other considerations related to passenger flow include the ability to cross a passenger traffic stream, to walk in the reverse direction of a major passenger flow, and to maneuver without conflicts with other passengers or changes in their walking speed.

**Table 5. Platform Crowd Action Cues**

| Condition | Crowd Cue | Level of Service (LOS) |
|---|---|---|
| No crowd issue | Total passenger body visible | LOS A - (13 ft²/p) Free passenger circulation throughout the platform area |
| No crowd issue | Generally total passenger body visible | LOS B - (10-13 ft7p) Partially restricted passenger circulation throughout the platform area |
| Minor crowd issue | Passenger body partially obstructed | LOS C - (7-10 ft7p) Restricted passenger circulation throughout the platform area |
| Crowding condition | Only passenger body and head visible, crowd action should be considered | LOS D - (3-7 ft²/p) Passenger movement without touching is virtually impossible; circulation is severely restricted in the platform area |
| Severe crowding condition | Only shoulder and head visible, crowd action required | LOS E - (2-3 ft²/p) Physical contact with other passengers is unavoidable and circulation within the platform is not possible |
| Dangerous crowding condition | Only head visible, crowd unacceptable | LOS F - (<2 ft²/p) All passengers within the queue are in direct physical contact, no movement is possible |

Note: Level of Service is described in feet square per person occupied (ft²/p)

The procedures to determine the capacities of a platform are based on maintaining a desirable and safe passenger level of service. According to Ms. Shoshanna Cooper of the New York City Transit Authority, the design standard for a platform is a level of service B, which is minimum

Copyright © 2017 by Dr. Carl Berkowitz

10 square feet of space per person[2] and the design standard for passenger waiting facilities is 10 square feet of space per passenger.[3]

According to the best available information, the Track 3 platform's level of service at the time of the accident was in the range of D to E.

## II. Accident Information
### A. Background
Passenger falls is one of the leading causes of railroad personal injuries. This type of injury occurs when the foot does not have support thus causing the passenger to lose balance and to eventually fall; and one of the most common causes of falls is a walking area that results in some kind of unintended or unexpected change in the contact between the foot and the walking surface. An example of this is crowding at the edge of the platform.

This safety report is based on information provided by AMTRAK, Mr. Jarvis Attorneys for the Plaintiff, technical references and photographs.

### B. About the Accident
On the evening of July 3, 2014 Mr. Johnson, arrived at the AMTRAK and SEPTA Wilmington train station to board a SEPTA train to Philadelphia's 30th Street Station. Because of rail system problems, Mr. Johnson was instead boarded onto a crowded AMTRAK train bound for the 30th Street Station. AMTRAK personnel were aware that Mr. Johnson was completely blind and that this blindness caused him a significant physical handicap. After a delay of approximately four hours in which Mr. Johnson and other passengers remained on the train, the train then proceeded to 30th Street Station. Upon arriving at the 30th Street Station, at approximately 2:00 AM, July 4, 2014, Mr. Johnson and other passengers were not immediately permitted to disembark. Rather, they remained on the train for approximately an additional one-half hour before being permitted to disembark the train. Once the passengers were permitted to disembark onto the platform, they did so onto an extremely crowded train platform in 30th Street Station. Immediately following disembarkation, Mr. Johnson then began to wait on the Track 3 platform for his sister to meet him and to escort him form the platform.

SEPTA and AMTRAK knew or should have known that the train platform would become extremely crowded at platform position B. While waiting on the train platform, the crowd that had gathered forced Mr. Johnson off of the platform and onto the train tracks. Mr. Johnson was then transported via emergency medical services to the Hospital of the University of Pennsylvania where he was diagnosed with multiple serious and permanent injuries, including, but not limited to: fractures of the right femur, right fibula, right ankle, and left elbow.

---

[2] NYCT Affidavit of Shoshana Cooper in Opposition, Supreme Court of the State of New York, County of Queens, Index Number 20155/2007, October 19, 2009.
[3] NYCT Affidavit of Shoshana Cooper in Opposition, Supreme court of the State of New York, County of Queens, Index Number 20155/2007, November 5, 2009.

Copyright © 2017 by Dr. Carl Berkowitz

## C. Steps Leading up to the Accident

Table 6 summarizes the elements that led-up to Mr. Johnson's fall onto Track 3, platform position B.

**Table 6. Elements of Mr. Johnson's Fall**

| One | Approaches the railcar door threshold | |
|-----|----------------------------------------|--|
| Two | Prepares to leave the railcar onto a crowded platform | Approximately 1 to 2 seconds |
| Three | Stepped onto the platform and is stopped by the crowd | |
| Four | Pushed backwards toward the platform edge by the platform crowd | |
| Five | Falls toward the platform edge | Unexpected event approximately 1 second |
| Six | He begins to lose balance | |
| Seven | Tries to regain his balance (attempts to recover) | |
| Eight | Loses total balance (insufficient time to recover from the loss of balance) | |
| Nine | He falls onto the track's roadbed | |

Note: The time estimates do not include the time between stepping onto the platform and the crowd surge that forced Mr. Johnson toward the platform edge.
Source: Unpublished Research by Carl Berkowitz.

## D. Accident Location Pictures



Red Arrows Marks the Accident Location; Double Red Arrow Equals Approx. 24 Inches

## D. Crowding

Table 7 summarizes the crowd factors that can result in serious injury to a passenger.

**Table 7. Crowding Issues**

| Crowd Factor | Description | Comments |
|--------------|-------------|----------|
| Crowded platform | • Movement restricted<br>• Total platform occupancy load is equal to platform | • Passengers not free to migrate across the available space<br>• Little room for the passenger to |

Copyright © 2017 by Dr. Carl Berkowitz

| Crowd Factor | Description | Comments |
|---|---|---|
| | entrancing load and vehicle exiting load from train | maneuver to lower density areas<br>• Passengers are competing for space<br>• Density is not evenly distributed across platform and limited space<br>• Different crowds behave in different ways |
| Platform level of safety | Needs to be continuously improved to properly manage large numbers of people on the platform and on the trains | Duty to care and a responsibility to put into place any practical control measures that reduce the risk to passengers on the platform and the platform/train interface |
| Platform design | Includes layout, signage, materials, flooring and tactile surfaces | Improve access and ease of use, special consideration for the disabled passengers |
| Dynamic elements of crowding | Arriving and departing trains, real time measurements of passengers and of real people flows, operational perturbations | Measure congestion of the observed area, crowding, congestion density |
| Cognitive behavior of crowd | Anger, selfish minded, confused, sad | Self -controlled and active<br>Confused – tranquil crowd in perplexing situation (crowded platform) |
| Congestion | Dwell time, train schedule, train loading, stairway location, physical space, walking comfort and walking fluidity | Arrival rates for boarding, alighting, changing training, crowded train, transfer time and train departure, alighting distribution (where passengers exit train and alight, external access and egress points, transfer same platform, walking speed and time space demand |
| Crowd factors | Origin and destination patterns, shortest paths, route choice, train congestion, transfer time, platform congestion, stairway landing congestion, walking time, platform furniture, walking speed and counter-flows | Building of pressure on platform, jamming at exits, disruption by counter-flow and impatience, ignorance of available exits, herding of passengers |
| Passenger distribution | Platform markings, additional signage and increased supervision | Reduces dwell time, assists in train loading, door closing, and manage crowds |
| Crowd Dynamics | Where crowds form and are they moving above the critical density | Multicultural issues |
| Individual behavior | Perception-Reaction | • Receive a decision request<br>• Collect information about the situation (crowd density, sensory input, tension level) |

Copyright © 2017 by Dr. Carl Berkowitz

| Crowd Factor | Description | Comments |
|---|---|---|
| | | • Make a decision (instinct, experience, inference)<br>• Conduct a collision avoidance check and execute decision<br>• Repeat process |
| Passenger | Position of person on platform | Flow rate of crowd, size of person, speed of person, speed of crowd, flow directions, side directional movements, crowd density, crowd flow direction, perpendicular flow, in the flow, luggage, baby carriage, cart, senior, elderly, disabilities and pregnant |
| Platform design | Comfort, convenience and safety | |
| Crowd planning | Four phases | • Preparedness – planning, training<br>• Mitigation – Reduce and eliminate risks<br>• Response - Conducting operations<br>• Recovery - operating standards, improved levels (relieve congestion and increase capacity |
| Passenger density | Distribution of passengers on platform and travel speed | |
| Information | Must be accurate, must not let passenger feel they are being denied information | • Monitor closely and plan for contingencies, real time train monitoring<br>• Clear and consistent guidance required to manage the risks effectively |
| Queuing | Stairs, elevators and train doors | Creates bottlenecks that limit capacity of the whole system and promote the possibility of potential high crowd densities on the platform |
| Maximum capacity | Effective capacity and pedestrian flow rates | |
| Risks of crowding | Conduct risk assessment | • Identify the hazards<br>• Identify the people that may be harmed and how<br>• Identify existing precautions (design, operational, procedures, existing safety systems)<br>• Evaluate the identified risks<br>• Decide what future actions may be required (new design, and safe system) |

Copyright © 2017 by Dr. Carl Berkowitz

| Crowd Factor | Description | Comments |
|---|---|---|
| Passenger flow theory | How passengers walk | Velocity/density relationships, person flowing model, crowd dynamics, observed behaviors, different user groups, different crowd members, commuters, tourists, students different user characteristics and age of passenger |

### III. AMTRAK and SEPTA, 30th Street Station
### A. Amtrak
The National Railroad Passenger Corporation, doing business as Amtrak, is a publicly funded transportation service operated and managed as a for-profit corporation and began operations on May 1, 1971, to provide intercity passenger train service in the United States.

Amtrak operates 374 trains each day on 31,474 miles of track at speeds up to 150 mph connecting 896 destinations in 46 states and three Canadian provinces. In fiscal year 2012, Amtrak served a record 31.2 million passengers and had $2.88 billion in revenue while employing more than 20,000 people. Nearly two-thirds of passengers come from the ten largest metropolitan areas and 83 percent of passengers travel on routes of 400 miles or less.

### B. AMTRAK Northeast Regional Service with Amfleet I Railcars
The Northeast Regional is a higher-speed rail service operated by Amtrak. It is the busiest Amtrak route. There is daily all-reserved service about every hour during the day. Trains generally run between Boston, Massachusetts, and Washington, D.C., with more between New York City, Philadelphia, and Washington. Extensions and branches extend to Springfield, Massachusetts, and Richmond, Newport News, Norfolk and Lynchburg, Virginia. Trains usually have 7 to 10 cars with one or two locomotives pulling, although they may be as long as 14 cars during peak travel periods. The passenger cars are the rebuilt Amfleet I series passenger cars built by the Budd Company in the mid to late 1970s.

### Table 5. Amfleet I Railcars Measurements

| Equipment Model | Threshold Width or Overall (Feet) | Typical Length Passenger (Feet) | Typical Length Locomotive (Feet) | Train Length (Feet) Approx. | Floor Height (Feet) |
|---|---|---|---|---|---|
| Amfleet I | 10.5 | 85.25 | 69.58 | 700 | 51.04 |

Copyright © 2017 by Dr. Carl Berkowitz



**Amfleet I**

## C. AMTRAK Local Area System Map



Wilmington to Philadelphia

Copyright © 2017 by Dr. Carl Berkowitz

## D. 30th Street Station

The 30th Street Station is the main railroad station in Philadelphia; and one of the seven stations in Southeastern Pennsylvania Transportation Authority's (SEPTA) Center City fare zone. It is also a major stop on AMTRAK's Northeast Corridors.

| **30th Street Station** | |
|---|---|
| Amtrak inter-city rail station<br>SEPTA Regional Rail commuter station<br>New Jersey Transit commuter rail station | |
| <br>30th Street Station in 2016 | |
| **Location** | 2955 Market Street, Philadelphia, Pennsylvania |
| **Owned by** | Amtrak |
| **Line(s)** | Northeast Corridor<br>Keystone Corridor (Main Line) |
| **Platforms** | 3 island platforms (upper level), 6 lower level |
| **Tracks** | 6 (upper level), 9 (lower level) |
| **Connections** | ▌Market–Frankford Line at 30th Street<br>▌SEPTA Trolley All Routes<br>🚌 **SEPTA City Bus**: 9, 12, 21, 30, 31, 42, 44, 62, LUCY<br>🚌 **SEPTA Suburban Bus**: 124, 125<br>**JFK Boulevard**<br>🚌 **NJT Bus**: 316, 414, 417, 555<br>🚌 **Megabus**: M21, M23, M29, M30, M31, M32, M34<br>🚌 **BoltBus** |
| **Construction** | |
| **Disabled access** | Yes |
| **Other information** | |
| **Station code** | PHL (Amtrak) |
| **History** | |
| **Opened** | 1933 |
| **Rebuilt** | 1989 |
| **Previous names** | Pennsylvania Station–30th Street |

Copyright © 2017 by Dr. Carl Berkowitz



**Track 3 , 30ᵗʰ Street Station**

## E.  SEPTA

The Southeastern Pennsylvania Transportation Authority (SEPTA) is a regional public
transportation authority that operates various forms of public transit services that serve 3.9
million people in five counties in and around Philadelphia.  SEPTA is the major transit provider
for Philadelphia and its suburbs.  SEPTA is a state created authority.  Several SEPTA commuter
rail lines terminate in the nearby states of Delaware and New Jersey.  SEPTA has the 6th-
largest U.S. rapid transit system by ridership, and the 5th largest overall transit system, with
about 306.9 million annual unlinked trips. It controls 290 active stations, over 450 miles
(720 km) of track, 2,295 revenue vehicles, and 196 routes.

## F.  SEPTA, 30ᵗʰ Street, Wilmington/Newark Line

The Wilmington/Newark is a route of the SEPTA Regional Rail commuter rail system serving
the Philadelphia area. The line serves southeastern Pennsylvania and northern Delaware, with
stations in Marcus Hook, Pennsylvania, Wilmington, Delaware, and Newark, Delaware.

The Wilmington/Newark Line runs on Amtrak's Northeast Corridor, making local stops along
the way.  Most weekday Marcus Hook/Wilmington/Newark trains operate through the Center
City tunnel to and from Temple University (a few continue to/from Norristown).

Copyright © 2017 by Dr. Carl Berkowitz



**SEPTA Wilmington/Newark to Temple University Track**



| Wilmington/Newark Line |
| --- |

Map of Wilmington/Newark Line with current stops

| Overview | |
| --- | --- |
| **Type** | Commuter rail |

Copyright © 2017 by Dr. Carl Berkowitz

| System | SEPTA Regional Rail |
|---|---|
| **Status** | Operating |
| **Termini** | Newark<br>Temple University |
| **Stations** | 22 |
| **Operation** | |
| **Operator(s)** | SEPTA Regional Rail |
| **Rolling stock** | Electric Multiple Units |

## IV. General Findings and Opinions

At the moment, preceding this accident, there was not sufficient information and time for Mr. Johnson, who is blind, to know how to avoid the crowded Track 3 platform areas. At the moment of disembarking, his attention was focused on processing the information of arriving at the 30th Street Station; and exiting from the train onto the platform and to wait for his sister to arrive to escort from the station. Mr. Johnson was operating in a safe manner and was not cognitively aware of the full extent of the crowded platform and the risk it presented.

The failure to operate and manage the platform in accordance with industry and ADA standards is a breach of responsibility by AMTRAK and SEPTA, thus not providing the passengers with an appropriate standard of care. The Railroads failed to warn of the crowding present on the platform so that passengers would be able to recognize and appreciate the danger. AMTRAK and SEPTA had greater knowledge of the dangers that existed than the passengers and had numerous opportunities before the accident to take some action to negate the dangers.

AMTRAK and SEPTA failed to make the Track 3, platform position B as safe as possible for their passengers; they had a responsibility to inspect the premises for both obvious and hidden hazards and take reasonable measures to eliminate the dangers in areas where passengers are allowed to disembark and walk. They also had a duty to warn passengers of the danger and neutralize the hazard presented; for example, assigning platform personnel, warning announcements that alert passengers of dangers that will require additional diligence to navigate successfully around; and this would have allowed passengers to decide how much care would be necessary to avoid injury.

For years, AMTRAK and SEPTA has turned a blind eye to these dangers and there has been a willful disregard for passenger safety do to their intentional inactions. A reasonable remedy would have been to recognize the platform hazard and take some simple measures to ameliorate the effects of this danger.

Copyright © 2017 by Dr. Carl Berkowitz

A Fall Model was considered to understand the interaction of the physical, regulatory and environmental variables that resulted in this accident. Individually, any of the defects represent a dangerous condition that can result in a personal injury; and this includes the lack of platform personnel and an absence of proper passenger warnings. Collectively, these physical defects create a substantial risk of injury and guaranteed an accident.

Next, if we add to the safety equation the failure of the train's conductor, assistant conductor, other train crew members and the station personnel to comply with the rules and regulations of the Railroad. This alone was enough of a breach to cause Mr. Johnson's fall. AMTRAK and SEPTA personnel new of the hazards of exiting the train that early morning and even with this knowledge took no action. The Railroad's personnel did not make a single announcement for passengers about the crowded platform and what to do while disembarking the train. They did not position themselves to assist passengers in areas that pose a potential danger to their safety. This alone would have prevented Mr. Johnson's fall; and it can be stated that the actions of the train crew and station personnel were patently unreasonable based on the prevailing condition.

Railroads have heightened legal responsibility to the safety of their passengers. This zone of safety for which railroads are accountable for passengers extends from the support facilities, to the station, to the platform, to the interior of the train and to the exiting and boarding of the train. The Railroads must exercise extreme caution and diligently guard against any dangerous conditions; the safety of the vulnerable traveling public is in AMTRAK's and SEPTA's hands and the two Railroads alone have the responsibility of keeping passengers safe.

Clearly, the accident sustained by Mr. Johnson was directly due to AMTRAK's and SEPTA's continuance of hazardous conditions that presented a significant danger for passengers to fall from the platform edge. Based on the information presented throughout this safety report and with a reasonable degree of engineering certainty, it is my professional engineering opinion that AMTRAK and SEPTA was found of having failed to meet their duty of care in providing safe transportation and was responsible for the injuries to Mr. Johnson. At the time of the accident, AMTRAK and SEPTA was:

- Maintaining an unsafe and hazardous platform condition at the 30th Street Station, Track 3 platform, platform position B. This condition is contrary to transportation industry standards and guidelines applied to all rail passenger modes in the United States and abroad;
- Failing to warn passengers of this extraordinary unsafe crowding condition at the Track 3 platform. This hazardous condition was known to AMTRAK and SEPTA but unexpected by Mr. Johnson. It is the duty and responsibility of AMTRAK and SEPTA to inform and protect Mr. Johnson from hazardous crowding conditions on their premises;
- Failing to provide adequate and consistent training to prepare their employees to identify unsafe conditions at the Track 3 platform. There were deficiencies in preparing personnel to deal with potentially dangerous operating conditions on this property, which results in employees not informing passengers of hazardous conditions;

Copyright © 2017 by Dr. Carl Berkowitz

- Failing to have a state-of-the-art safety system that would immediately identify and remedy an unsafe and hazardous condition of the platform where Mr. Johnson fell. Furthermore, AMTRAK and SEPTA was not proactive in managing areas utilized by their passengers (daily or more frequently) in order to ensure that there are no unsafe conditions on the premises that might endanger them;
- Failing to assess the Track 3 platform in order to identify where the potential for falls and to establish a team of qualified persons to determine the best means of reducing exposure from hazardous conditions of the property as per this specific situation. There was an out-of-date safety audit system, an incomplete inspection process and numerous management deficiencies; and management failed to consider the full range of factors affecting passengers and for whatever reason the two Railroads believing they were operating a safe system even though they lacked sufficient respect for the crowding hazard. If an effective safety program was in place, each of the factors of this accident might have been identified and corrected before it took on significance;
- Failing to provide effective cautionary communications on the train and at the platform in order to meet the passenger's safety needs and requirements. AMTRAK and SEPTA needed to change not only how they communicate with passengers but also how they think about communication. More safety information should have been provided, including detailed public address announcements. It is the duty and responsibility of AMTRAK and SEPTA to provide audible announcements. At the time of the accident, AMTRAK and SEPTA did not employ a comprehensive information system warning passengers of platform crowding;
- Failing to provide personnel to help passengers disembarking from the train onto a crowded platform and the dangerous hazard at the platform edge;
- Failing to warn Mr. Johnson of this extraordinary unsafe passenger crowding condition at the platform landing area. This hazardous condition was known to AMTRAK and SEPTA but was unexpected by Mr. Johnson. It is the duty and responsibility of AMTRAK and SEPTA to inform and protect all passengers from dangerous condition at the station;
- Failing to enforce rule compliance, which means discipline, and discipline means lots of time and paperwork. While the supervisors may fully intend to enforce rule compliance, the resources may not always be available to them to perform these functions. There needs to be immediate consequences for rule violations. When serious rule violations were apparent, immediate discipline is recommended. There should be no question about the disciplinary consequences of rule violations.
- Failing to update design standards to meet current Americans with Disabilities Act guidelines and practices established by the American Public Transit Association. (AMTRAK and SEPTA are both active member of the American Public Transit Association, and their engineering staff served on their technical committees.);
- Failing to implement a comprehensive safety program that is concerned with the industry principles applied to the safe operation of a rail commuter system. Potential hazards in the system (procedures, training and operating environment) must be controlled or eliminated to achieve system safety objectives;
- Failing to provide crowd control at the 30th Street platform. This platform at first glance, looks like the poster child of how not to design a passenger platform. There is a serious

Copyright © 2017 by Dr. Carl Berkowitz

concern about the location of stairs and elevator and the platform width, lack of safety communications, missing AMTRAK and SEPTA platform employees to help and the general lack of proper crowding control.  Each of these factors worked in conjunction with each other and thus created an unsafe platform condition for Mr. Johnson. The accident to Mr. Johnson could have been avoided by eliminating the hazard in the first place and not placing him in the position of having to be careful or watch where he was going. It should be noted that the upper level platforms used by SEPTA have greater platform storage for waiting  and disembarking passengers;

- Failing to provide for platform personnel to control platform crowding. Many mishaps are caused by unexpected changes in operation and typically, as in this case, the absence of personnel assigned to the Track 3 platform created a higher probability that an accident will result.  This sudden crowding was unknown to Mr. Johnson and there were no obvious visual cues until he was on the platform to bring this to his attention.  It was not possible for Mr. Johnson because of his blindness to distinguish the presence of any unusual crowded platform in advance of exiting the train;

- Failing to manage the platform crowding. Accidents that result from the poorly managed platforms are all too common and they create a serious danger to passengers.  What Mr. Johnson could not expect was that the platform and his available pathway would be blocked and contributes to his accident.  When exiting the train he would normally use his cane to determine where he was going and even with this precaution he ended up on the track area;

- Failing to protect passengers from human error on the part of the Railroad's employees directly contributed to Mr. Johnson's injuries.  The accident occurred in the early morning.  Had the employees acted more prudently based on prevailing crowding conditions, this accident would not have occurred; had they performed their duties and responsibilities properly this accident would have never occurred;

- Failing to properly operate the platform in accordance with industry standards is a breach of responsibility by AMTRAK and SEPTA and thus not providing the passengers with an appropriate standard of care.  The Railroads failed to warn passengers of the crowding hazard present on their property so that they would be able to recognize the dangers.  In this case, AMTRAK and SEPTA had a greater knowledge of the dangers that existed for the passengers and had numerous opportunities before the accident to take some action to negate these dangers;

- Failing to ensure that procedures are documented and actively controlled to guarantee that everyone involved remains current and relevant to safety requirements.  Required tasks must be defined for all stages and a properly trained and staffed system safety organization must be maintained.  The responsibilities, authorities and functions of all personnel with regard to safety must be clearly and unambiguously defined and those functions must be consistently monitored to ensure their performance.  Strict accountability for all safety related activities must be established; and

- Failing in their duty of care for the safety of its passengers, Mr. Johnson was left to his own devices and was essentially responsible for his own safety exiting the railcar at the Track 3, platform position B, 30th Street Station.  (AMTRAK and SEPTA must exercise diligence to protect the lives of its passengers.)

Copyright © 2017 by Dr. Carl Berkowitz

## V. Support Information
### A. Diligence

AMTRAK and SEPTA, as a passenger carrier, must use diligence to protect the lives of their passengers. It is this duty of care that AMTRAK and SEPTA was obligated to provide Mr. Johnson in order to prevent his fall from the platform. Mr. Johnson was placed in danger of physical injury when the carrier could have reasonably anticipated injury, and failed to take appropriate precautions or to use the proper means to prevent or mitigate potential injury.

### B. Standards for Safe Walking Surface
**American Public Transit Association (APTA), Manual of Standards and Recommended Practices for Rail Transit Systems, Rail Transit Standards Policy Committee, Washington, DC, 2004.**

These standards and recommended practices represent an industry consensus for rail transit systems to achieve a high level of safety for passengers, employees, and the general public. (AMTRAK and SEPTA professional staff are active in the development of these standards and practices.) If these standards and practices were properly adhered to, Mr. Johnson's injuries would never have occurred.

### 1. APTA RT-S-FS-003-02, July 26, 2004, Fixed Structures, 3. Standard for Station, Shop and Yard Inspection, and Maintenance

The purpose of this Standard is to establish requirements for inspection and maintenance procedures for improving safety in stations, shops and yards. The objectives of this standard is to: improve rail safety in general, create a forum in which rail systems share best practices, motivate the industry toward a proactive safety approach, enhance communication between rail systems and their suppliers, pave the way for more uniform safety sensitive procurement specifications and to assist federal, state, and local authorities in improving safety oversight programs.

### 2. APTA RT-RP-OP-009-04, July 26, 2004, Operating Practices 9. Recommended Practice for Rail Transit System Station Procedures

The purpose of this Recommended Practice is to optimize the customers' safety, security and satisfaction and is intended to provide a basis to ensure consistent performance for station personnel. Many properties have personnel assigned to their stations and in some instances, these personnel are directly involved in the collection of revenue. Rail system station personnel set the stage for customers' experiences. The service and treatment that customers receive are influential factors in developing customer loyalty and the personnel should strive to relate to customers in a helpful and pleasant manner.

### 3. APTA RT-S-OP-013-03, Authorized September 28, 2003, Operating Practices, 13. Standard for Training of Rail Operations and Station Operations Personnel

This Standard outlines the basic elements required for a comprehensive rail and station operations employee training and retraining program. This Standard is intended to provide the

Copyright © 2017 by Dr. Carl Berkowitz

training requirements for rail and station operations employees. The rail system should also have a system to track performance to measure the effectiveness of training.

The purpose of a comprehensive training program is to ensure the consistent and complete training of all appropriate rail and station operations employees covered by this Standard. Such a program requires employees to have a base knowledge that is consistent with their particular job. The program also ensures that the rail system provides initial certification and refresher training.

**4. RT-S-OP-011-04, July 26, 2004, Volume 4 - Operating Practices, 11- Standards for Rule Compliance and Implementation.** This standard provides minimum rule compliance requirements for rail systems to ensure their approved operating rules are implemented and followed according to the standard stated within their rules and guidelines. Operating rules are created to promote safe, efficient, timely, and customer-oriented operations.

**C. "Rail Transit Safety Action Plan," Federal Transit Administration (FTA), Office of Safety and Security, US Department of Transportation, Washington, DC, September 2006.**
This plan focuses attention on those safety incidents of greatest concern in the rail passenger industry. The objectives of the Safety Action Plan are to:
*   Target the most frequent, highest risk causes of rail passenger accidents;
*   Direct FTA's oversight and technical assistance resources to address these high-risk causes; and
*   Accelerate industry awareness, spotlighting activities and practices that have the potential to mitigate the largest risks.

**D. Pedestrian Accidents**
The National Safety Council ranks falling second only to automobile injuries as the nation's leading accident cause. All falls must be taken seriously as they can result in potential fatal injuries or permanent disabilities. Rail passenger providers must exercise the highest degree of care to reduce or eliminate the cause of falls associated with their operations.

Recognizing the industries' responsibility to improve passenger safety, the U.S. Department of Transportation sponsored a 1984 study, **Pedestrian Falling Accidents in Transit Terminals**, as a first step to reduce falling accidents. This study recommends that there should be:
*   Evaluation and analysis of accident experience;
*   Safety inspection of pedestrian facilities;
*   Review of facility design;
*   Communication of safety information and standards of safety practice;
*   Standardized accident report form;
*   Uniformly designed, slip-resistant walking surface treatment; and
*   Communication to help reduce falling accidents and making patrons more aware of safe practices.

Copyright © 2017 by Dr. Carl Berkowitz

**E. Pedestrian Planning and Design, John Fruin, Elevator World, Mobile, AL, 1987.** (This publication recognizes the need for proper and safe access for pedestrians.)
"Walks should be continuous, common service, not interrupted by steps or abrupt changes in level."

**F. Design and Safety of Pedestrian Facilities, Washington, DC, 1998.** (This is a recommended practice handbook of the Institute of Transportation Engineers and discusses guidelines for the design and safety of pedestrian facilities to provide safe and efficient opportunities for people to walk.)

**G. Guide for the Planning, Design, and Operation of Pedestrian Facilities, American Association of State Highway and Transportation Officials, Washington, DC, July, 2004.** (This guide identifies effective measures for accommodating pedestrians on public right-of-way.)
"Safety is a key consideration in the planning, design, and operation of pedestrian facilities. Because pedestrians are the most vulnerable of all transportation facility users, particular attention to pedestrian safety is needed. Accessibility and usability are also key considerations for pedestrian facilities, which should accommodate pedestrians of all abilities."

**H. American Disability Act, Errors and Omissions in New Construction and Alterations, U.S. Department of Justice, Civil Rights Division, Disability Rights Section, No Date.**
The Americans with Disabilities Act requires that new construction and alterations to existing facilities comply with the Americans with Disabilities Act Standards for Accessibility Design. Americans with Disabilities Act requirements for new construction and alterations include detailed provisions for elements, spaces and facilities. Successful accessibility is often measured in inches, so attention to detail can make the difference between achieving access and injuring someone.

**I. Issued in Washington, DC, November 22, 2006, Jo Strang, FRA Associate Administrator for Safety, FR Doc. E6-20359 Filed 11-30-06.**
"Recommended Action: In recognition of the need to assure railroad passenger safety, FRA recommends that railroads operating passenger equipment: (1) Assess the current railroad rules, instructions, and procedures intended to reduce the likelihood that death or injury will result when passengers attempt to board or alight from trains at station stops. FRA recommends that this assessment include, but not necessarily be limited to assessing the adequacy of current railroad rules, instructions, and procedures:

(a) Designed to ensure passenger safety when boarding or alighting from trains.

26

Copyright © 2017 by Dr. Carl Berkowitz

## J. American Railway Engineering and Maintenance-of-Way Association, (AREMA)
## Section 8.1 Introduction
### 8.7.3 Platform Access

Passenger access to the platform area may be through the station and at other points away from the station itself. Access points to the platform should be clearly visible and/or signed in order to allow for swift and safe passenger movement to and from trains. In high speed rail territory other measures may be necessary to prohibit passengers from standing too close to the edge of platform. All access points to the platform must consider these restrictions.

## VI. References

1. "1981 Guidelines for Design of Rapid Transit Facilities," American Public Transit Association, Washington, DC, p 141.
2. Access Board Report, "Chapter 10: Transportation Facilities, 1003 Facilities and Stations," www.access-board.gov/ada-aba/html.
3. American Association of State Highway and Transportation Officials, "Guide for the Planning, Design, and Operation of Pedestrian Facilities," Washington, DC, July, 2004.
4. Americans with Disabilities Act, "Accessibility Guidelines for Buildings and Facilities," Access Board, Washington, DC.
5. ADA-ABA Accessibility Guidelines for Buildings and Facilities, Part III: Technical Chapters, http://www.access-board.gov/ada-aba/final.htm.
6. American Disability Act, "Errors and Omissions in New Construction and Alterations," U.S. Department of Justice, Civil Rights Division, Disability Rights Section, No Date.
7. Balog, J.N., D. Chia, A. Schwartz and R. Gribbon, "Accessibility Handbook for Transit Facilities," Bionetics Corporation, Study Prepared for the US Department of Transportation, Federal Transit Administration, Washington, DC, July, 1992, pp. 2-19 and 5-8.
8. Berkowitz, C.M., "Hazards of Railroad Platform Overcrowding," The Trial Lawyer, Winter, 2011, pp. 28-30.
9. Department of Transport, "The Accessibility Strategy for Great Britain's Railways," UK, March, 2006.
10. Federal Railroad Administration (FRA), Office of Safety, "FRA Approach to Managing Gap Safety," Washington, DC, December 7, 2007.
11. "FR Doc. E6-20359," Issued by Jo Strang, Associate Administrator for Safety, Federal Railroad Administration, US Department of Transportation, Washington, DC, November 22, 2006.
12. Fruin, J.J., "Environmental Factors in Passenger Terminal Design," American Society of Civil Engineers Annual and National Environmental Engineering Meeting, New York City, October 19-22, 1970.
13. Fruin, J.J., "Pedestrian Planning and Design," Elevator World, Mobile, AL, 1997.
14. "Guide for the Planning, Design, and Operation of Pedestrian Facilities," American Association of State Highway and Transportation Officials, Washington, DC, July, 2004.
15. Fruin, J.J., "Pedestrian Planning and Design," Elevator World, Mobile, AL, 1997.

Copyright © 2017 by Dr. Carl Berkowitz

16. Fruin, J.J., D.K. Guha and R.F. Marshall, "Pedestrian Falling Accidents in Transit Terminals," Port Authority of New York and New Jersey for the US Department of Transportation, Washington, DC, February, 1984.
17. "Guide for the Planning, Design, and Operation of Pedestrian Facilities," American Association of State Highway and Transportation Officials, Washington, DC, July, 2004.
18. Halcrow Group and Human Engineering, "Minimization of Accidents at the Train Platform interface," Rail Safety and Standards Board, UK, June, 2006.
19. "How to Develop a Pedestrian Safety Action Plan," Federal Highway Administration, FHWA-SA-05-12 Revised, March, 2012.
20. Institute of Transportation Engineers, "Design and Safety of Pedestrian Facilities," Washington, DC, 1998.
21. Kuhlman, R.S., "Safe Places," The Michie Company, Charlottesville, VA, 1989.
22. Leimbach, K.R., "Platform-Vehicle Interface of a Rail System-Stumbling Block for the Handicapped," Transportation Planning and Technology, 1984, Vol. 8, pp. 267-281.
23. "Pedestrian Safety Guide for Transit Agencies," Federal Highway administration, FHWA-SA-07-017, February, 2008.
24. Perritt, H.H., "Disabilities Act Handbook," Third Edition, John Wiley, New York, 1997.
25. "Public Transportation Safety," US Department of Transportation, NHTSA, http://www.nhtsa.dot.gov/people/injury/buses/GTSS/talkpublic.html.
26. U.S. Department of Transportation Bus Rapid Transit (BRT) Draft Accessibility Guidelines.
27. "Walking," Nelson & Associates, Bryan, TX, www.hazardcontrol.com

## VII.    Conclusion

It is my opinion to a reasonable degree of transportation engineering certainty that AMTRAK and SEPTA departed from a good and an acceptable transportation engineering practices and standards.  Furthermore, it is my opinion to a reasonable degree of transportation engineering certainty that AMTRAK and SEPTA failures and departures discussed above were a proximate cause of Mr. Johnson's accident and led to his injuries.

_____

Carl M. Berkowitz, Ph.D., PE, AICP

28

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix A. Biomechanics of Falling

The human gait cycle is divided into two regions representing the period of time when the foot is in contact with a surface (stance phase) and the period of time when the foot is not in contact with a surface (swing phase), as it moves forward for the next cycle of events.  Falls occurring during walking typically occur when a person's gait cycle is disrupted.  The direction of the fall either forward or backward is in part dependent on where in the gait cycle the disruption occurs.  The stance phase begins when the foot initially comes into contact with a surface.  It is at this point, that the potential for a trip and fall due to inadequate friction between the surface and footwear is the greatest.  During a trip and fall event, the motion of the foot results in a shift of the body's center of gravity relative to its base of support, leading to a loss of dynamic equilibrium and a fall.

This type of fall leads to the likelihood of contacting the ground with the back and side of the body.  Additionally, during a trip and fall event, arm movements are elicited through the body's neuromuscular system in an attempt to both assist in balance recovery, as well as to protect the body during the fall.

The swing phase of the normal gait cycle begins at toe-off, which is defined as the point at which the stance foot is lifted off of the surface.  The swing phase continues as the foot swings forward, preparing for the subsequent foot contact.  During mid-swing, while the leg is perpendicular to a surface, the foot drops down close to the surface. As the foot continues to swing forward, it elevates again during late-swing, in preparation for the subsequent foot contact.

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix B. Duties of Railroad

Public transportation is an essential part of many peoples' lives. Passengers essentially put their lives into the hands of those transporting them to a destination; and it is their belief that they will arrive safely because safe railroad systems are taken for granted. However, life-threatening incidents do happen and, unfortunately, they happen too often.

Pursuant to the United States Code, a common carrier is liable for damages during transit. Liability arises not only because a person was injured, but was injured due to the carrier's negligence. Similarly, the States have developed laws, which hold common carriers to a standard of care for their passengers. The special duties of the passenger carrier are said to arise from the fact that passengers have entrusted their safety to the custody and safekeeping of the carrier. Under the law, public transportation providers like city and state-operated trains, and buses, are referred to as "common carriers."

Public policy recognizes that people should be able to trust a Railroad they hire to transport them in a safe manner. In order to further this concept, common carriers are strictly regulated by federal and state agencies and laws to make sure that they are compliant with safety regulations. When a passenger sustains an injury while using public transportation, the provider may be held legally responsible for the passenger's injuries.

The railroad must use care and diligence for passenger safety and must provide everything necessary for that purpose, and must exercise to that end a reasonable degree of skill.

As part of this standard of care, common carriers owe many duties to their passengers, including:
* Safely transport passengers to their destinations;
* Provide a safe place (platforms and stations) for passengers to enter and exit the train;
* Take reasonable steps to protect passengers from harm, including harm by employees;
* Provide safe railcars and maintain the safety of this equipment; and
* Hire qualified employees and properly educate and train those employees.

The duties' common carriers owe to their passengers begin before the passenger steps foot on to the train. So long as the carrier has accepted a person as a passenger and has placed himself or herself in the carrier's care, then the carrier has a duty to take every reasonable step to ensure the safety of the passenger. Furthermore, the carrier's duties do not automatically end once a passenger enters or leaves the vehicle. The common carrier must take the passenger to his or her intended destination, but must also leave the passenger in a safe place.

When a common carrier fails to uphold its duties, and the passenger is hurt as a result, the carrier is clearly responsible for these injuries. Most accidents relate to failure to follow rules and regulations to the letter, operational negligence and poor training.

Common carrier incidents may happen for many different reasons, including:

Copyright © 2017 by Dr. Carl Berkowitz

- Poor personnel training;
- Inadequate discipline of operating crew;
- Crew fatigue;
- Improperly maintained infrastructure; and
- Negligent operations and control of the train's service.

Common carriers are responsible for the actions of their employees. Under the law, employees are agents of the carrier, and the Railroad is liable for the negligence of its agents. Common carriers are required to train their employees and supervise their work. This includes properly disciplining personnel that do not perform their work responsibly.

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix C. Factors Affecting Passenger Safety

When formulating a safety-related policy and standard operating procedures, potential hazards and consequences should be considered. There is no such thing as absolute safety. In railroad operations, it is simply impossible to eliminate all risks. However, risks can be managed to a level as low as reasonably practicable. Risk mitigation can be measured and balanced against time, cost, and the difficulty of taking steps to reduce or eliminate the risk. Effective risk management seeks to maximize the benefits of accepting a risk (e.g. a reduction in time and/or cost) while minimizing the risk itself.

Table 1 presents an approach to incident risk assessment for a rail transit operation. AMTRAK and SEPTA does not show indications that a proper risk assessment of operating procedures has or is regularly conducted, particularly as it pertains to station stops and safe departure.

The unfortunate incident that pertains to this case has a Moderate-High to High risk assessment based on the incident severity and a rating on Infrequent per Table 1.

### Table 1. Incident Risk Assessment

| Frequency Rating | Severity Rating | | | |
|---|---|---|---|---|
| | Minor | Moderate | Serious | Fatal |
| Frequent | Moderate-High | High | Highest | Highest |
| Occasional | Moderate | Moderate-High | High | Highest |
| Infrequent | Low | Moderate | Moderate-High | High |
| Rare | Lowest | Low | Moderate | Moderate-High |

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix D. Training and Safety
### 1. Training and Awareness
All front line personnel should have guidelines from the Railroad to follow the appropriate procedures to protect passengers from dangerous consequences. In order to cope effectively when confronted with potentially life-threatening situations, it is essential that all employees have clearly-defined procedures.

The effectiveness and successful implementation of a Railroad policy regarding medical emergencies will require training and retraining. This training and retraining program should comply with the requirements of a competent authority and provide knowledge on how to detect, and prevent critical situations.

Training and retraining programs should be designed and adapted for the operational staff, and the level of knowledge required. Some staff might only require awareness training; others may require greater training as per the guidance of a competent authority.

The purpose of this training and retraining is to assist operating personnel who may encounter potential or actual life-threatening events. In such heightened risk situations, the employee may have only seconds to recognize, observe, and assess activities or incidents.

Situations can and do exist during day-to-day activities when an employee can deter or mitigate a serious incident. Establishing procedures are the first few steps of a standard or emergency operating procedure to protect passengers.

### 2. Safety Goals and Objectives
The Railroad must establish goals for safety, these include:
* Instilling a safety attitude and a safe passenger environment;
* Establishing a commitment to safety;
* Developing and maintaining a comprehensive, structured safety program;
* Developing and maintaining safety standards and procedures;
* Providing formalized safety training and retraining;
* Reducing accident and injury rates;
* Selecting equipment that promotes and enhances safety;
* Making necessary changes in the system to uphold safety;
* Increasing employee safety awareness; and
➢ Applying new research and development in safety efforts.

Objectives for attaining and supporting the above goals and any other goals established to assure the safety of passengers shall be determined annually (or more frequently) based on the previous year's safety record and needs of the system, employees, and passengers.

Copyright © 2017 by Dr. Carl Berkowitz

**Appendix E. Documents Reviewed Below**

1. Johnson Information
2. Deposition of Justin Hartwell, December 21, 2016
3. Deposition of Gregory Parmley, Jr., January 10, 2017
4. Deposition of Kirq Johnson, November 10, 2016
5. Deposition of Rodney Elliot, January 10, 2017
6. Deposition of James Fox, December 21, 2016
7. Deposition of Lauren Anderson, March 7, 2017

**Hospital Records**

1. Right distal third tibia fracture
2. Right proximal fibula avulsion/spiral fracture
3. Tri mal fracture
4. Left radial head fracture
5. He had a right tibia intramedullary nail and right ankle open reduction and internal fixation performed.

**Fire Department EMS**

1. 53 year old male found complaining of "I stepped off the train platform and fell on the tracks."
2. Patient stated that he tripped and fell.

**Summary of Testimony Related to the Incident**

| Question | Answer |
|---|---|
| **Examination of Justin Hartwell  (Assistant Director of Operations, Regional Rail Control Center, SEPTA), 12/21/16** | |
| How long have you been employed with Septa? | Five years. And in the control center in an assistant director capacity, a little over a year. |
| And tell us why you produced this document. | The railroad Operations Control Center Daily Report is used to document train delays and any type of unusual occurrences that happened throughout the day on the Regional Rail. |
| So tell us how Septa would have received notice that the line was out at Wilmington at 6:27. | On a normal day, if we had issues on an Amtrak line, we would receive a call from their chief dispatcher. |
| What does the control center do? | We run the Regional Rail trains on Septa territory. We basically as an assistant director, oversee the dispatchers in our territory. |
| **Examination of  Gregory Parmley, Jr.   (Engineer, Amtrak), 1/10/17** | |
| And how long have you been employed in that | Since 2007. |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
| capacity? | |
| …was there any type of standard or rule that you were taught relative to handicapped passengers? | …not necessarily a rule, but if they needed assistance, they would let us know. |
| Is there a rule or -- | Just as far as that we're only allowed to work 12 hours straight. |
| Do you recall how long you were delayed between Washington and Wilmington that day (Train 80)? | No. |
| So your recollection is that you were delayed? | Yes. |
| Were there any other conductors there that you recall? | Conductors, no. Just on a normal day it is usually a three man crew; meaning, myself, the engineer, conductor, and assistant conductor. |
| Do you recall how many coaches three were? | I believe it was seven or eight. |
| Is it normal protocol that you have when you reach a destination and you're transitioning from the cockpit, what's the protocol? | From one engineer to the next , we just would, if we're getting recrewed, alert them and let them know what's going on, the condition of the train; such as, the train brakes, how the locomotive is operating on that particular day. |
| Do you recall what track you ended up in Philadelphia on Train 80? | Track 4. |
| Is it the track that runs into 30th Street Station? Is it below ground or is it above ground? | Yes, below ground. |
| Go ahead. | It's below ground. It's parallel, one to the next. There is 11 tracks I the station. |
| In your own words, tell us what you recall? | I do remember the platform being crowded, I do remember Rodney coming down to the platform, people and seeing the guy laying on the track. If it this is the door here, he was actually laying behind the stairwell, kind of behind the stairwell somewhat. |
| Up the stairs to the station? | Yes. |
| In your capacity as an engineer, do you have any interactions with the passengers who disembark Train 80? | No. |
| And is Train 80 always a train that is only a disembarking train that only allows passengers to disembark? | Correct, yes. |
| Are you familiar with the SEPTA portion of 30th Street Station? | As far as it being on the upper level, yes. |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
| Did you actually witness how it came to be that the man fell onto the tracks? | No. |
| Did you have any communication with any of your conductors about picking up SEPTA passengers at Wilmington Station? | No, I don't recall. |
| Would Red Caps be the same thing as Station Services? | I guess. I'm not sure, I guess they would be considered station personnel because they do work in the station and help people throughout the station. |
| I think you said it was the platform that someone could walk off. Do you recall saying that? | Yes. |
| So when you said "walk off" you were just using that word, as opposed to a platform that someone could be knocked off of? | There's no protection there, like, a fence or gate or something for somebody to be protected from walking off the platform. |
| Or being knocked off the platform? | Yes. |
| Or being bumped off the platform? | Yes. |
| There is no protection there, right? | No, none whatsoever. |
| **Examination of Kirq Johnson (Plaintiff) 11/10/16** | |
| What was the diagnosis of your eyes that resulted in your disability? | Cataracts, glaucoma and macular degeneration. |
| Right eye. In 2007, what's the condition of the vision in your eyes when you were disabled? Where you legally blind at that time? | Yes, sir. |
| And when did you completely lose all vision in your left eye? | My left eye was removed when I turned 18 because of trauma so forth and so on that I incurred from the cataracts. When I turned 18, I was victimized of an assault and I lost my left eye. |
| Right leg, right ankle up to your knee and broken elbow? | Yes. |
| What I was asking earlier was anybody actually assisting you because of your condition, you've been disabled for a while at this period of time -- | No one assisted me. |
| When you say, it may have faded in and out. Would that mean you couldn't see out of your right eye? | No. That means it faded. The vision faded. Spots blurry. Faded, interruptions. |
| And this isn't the only eye. You still have function at this time, right? | Yes. |
| Did anybody offer your assistance onto the Amtrak train? | No. |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
| Did you ask anybody for assistance on the Amtrak train? | I had some from Pete – a friend of family members. |
| Was your right eye –were you experiencing any blurriness or vision problems at that time? | Yes. In and out spots. Visions, what I mean, just blurriness. |
| And tell me about your conversations with Mark. What did you say to him, what did he say to you? | I asked him to watch and make sure that I was cared for because I had a feeling that it was going to be pandemonium. |
| You had a conversation with the conductor. You asked him to look out for you? | Yes. I explained to him I was visually impaired and I needed help. |
| What did he specifically say? | I gotchu. |
| Train pulls up to the platform, right to the 30th Street Station platform? | Yes. |
| Was there a delay between when you or other passengers were permitted where the doors open for passengers to leave? | No. |
| Did you wait for the conductor that you asked for assistance to provide your assistance? | Yes. |
| How long did you wait? | Until the doors opened. |
| Why didn't you wait any longer for the conductor to assist you? | Because I couldn't see him. I didn't know where he was at. I couldn't find him. |
| And given your impairment, why did you not wait for more passengers to exit the train before you chose to do so by yourself? | Because I wanted to be out of the way. |
| Were you sitting down at this time or were you standing up? | I stood up and got near the wall. |
| Why did you leave the seat? | Because it was on the track. |
| Did you leave your seat before the door opened? | No. |
| SO you were sitting down when the doors opened for you to leave? | No, I was standing up. |
| At your seat? | Yes. Near the wall across from my seat. |
| How long were you speaking on the cell phone when you exited the train? Look, how long had the conversation been going on? | Seconds. It was going on the whole rife. Seconds when I got off the train. |
| And what happened then? | I'm standing there, holding the door, waiting for my sisters to come up the stairs. |
| Holding what door? | There is a door to the stairwell. |
| You see steps going down? | Right. |
| And what happened next? | I'm standing there waiting. Something hit me. I don't know what it was. It knocked me over. |
| You're holding the door, your back is towards one of the edges of the platform, is that fair to | Yes. |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
| say? | |
| And is that the edge of the platform where you were knocked off? | Yes, sir. |
| You said you were bumped? | Yes. |
| Where were you bumped from? | Something hit my shoulder. I not exactly sure what it was. |
| Which hand where you holding the door with? | My left. |
| Why were you holding the door? | Waiting for my sisters to come up the steps and get me. |
| Did you seek assistance from any train staff, any Amtrak or SEPTA staff while you were holding the door? | Didn't see none, no. |
| And did you ever see that conductor again? The one that you talked to earlier? | No. |
| Were you on your cell phone the whole time while you're holding the door when you were bumped? | Yes. |
| What happened after you were bumped? | I was flying in the air. |
| What were you doing with your bag at this time? | My bag was hanging from my left shoulder. |
| And your stick, what were you doing with your stick? | It was in my bag. |
| You weren't using your stick on the platform? | I was getting ready to pull it out. It was in my bag. |
| Why didn't you pull on your stick when you were exiting the train? | Because I'm left handed and I use my right hand on the phone. |
| You wouldn't have been using your stick to exit the train? | Yes. I would have been using it. |
| You weren't using your stick because you were talking on the phone? | Right. |
| So you went flying into the air and then were you knocked into the area where the trains are? | I was knocked onto the track. |
| What part of your body hit the tracks first? | Right leg and my elbow. |
| What happened? | I hit the track. I felt pain. Immediately, people start coming around, so forth and so on. Jump down on the track. Fire Department. He had a ladder. HE said, look, I'm trying to get you off of the track. I said, okay. He said, call for a board or whatever. They sent the board on top of the ladder. They set me on top of the board. He said, lay back. I said, not in this life. |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
|  | Something is trying to pop through my leg. I said, I'm sitting up. Please, do not let my back lay backwards. Please I beg you. Don't let my back go backwards. Something feels like it's popping out of my leg. |
| Did anybody come before the fire department, anybody from Amtrak? | No. |
| The fire department was the first people to assist you on the tracks? | Yes. |
| And did any of your doctors that treated you for your right eye impairment did they give you any instructions regarding walking in public, moving about using public transportation? | Yes. |
| What did they tell you? | To use something to identify or have the public identify what you're having eye problems with, the public identify what you're having an eye issue with. |
| **Examination of Rodney Elliott (Trainmaster, Amtrak) 1/10/17** | |
| How long have you been employed with Amtrak? | Since December 28, 1998.  Been a trainmaster, approximately, seven years. |
| What training did you have, if any, regarding reserved passengers when they're standing, sir? | We have a phone number we call. It is called the Standee Hotline. |
| What is the conductor supposed to do? | Proceed with his normal responsibilities to the best of his ability and call the CNOC Hotline – Standee Hotline. |
| What do they tell them? | Train number, approximate number of standee. |
| What is a Trainmasters? | Manager of conductors. |
| Tell us your training. | There was a four-week training to learn how to maneuver through different Amtrak systems that we are required to use to document information on our employees, learning how to perform proper safety observations, how to do revenue reviews for our conductors. |
| When does that occur, when do you interact with the conductors? | I interact with my conductors daily. |
| Tell us what you recall. | We had some type of storm on July 3, 2014 that knocked out our signal system. |
| Tell us what you recall about that, sir. | When train 80 arrived into Philadelphia, a |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
| | male passenger fell on to Track Number 3. |
| So a passenger was on the tracks. And then what happened? | I heard a scream, I turned my head to the left, I saw the passenger on the rails, on Track 3, at 30th Street Station. I ran over to where he was. I was on the platform and I then went down to the tracks to where he was to be with him until help arrived. |
| And what time was that? | Maybe 2:00 a.m. |
| Well, the train was delayed considerably, correct? | That is correct. |
| And there were quite a number of passengers getting off that train, wasn't it? | Yes, sir. |
| And how long did you wait there or how long did the passengers wait to be allowed off the train once it arrived? | Well, the doors opened immediately when the train came to a stop. |
| So there was no delay? | Not that I can recall. |
| What are the different ways? | There is an escalator up, on the south side of this platform there is a stairway to go up. |
| Are there elevators? | There are elevators, as well. |
| All right. Were they available? | They were available. |
| Did you call for emergency services or did you direct someone else to call? | I don't remember actually calling for emergency services. I did call for Amtrak Police via radio. |
| So tell us what you did. | The first thing I did was I jumped down on to the tracks, the second thing I did was called CTEC-5 to stop traffic, all train traffic on that rail. |
| On a normal day on a regular shift that you would be working, that train from Wilmington would get into Philadelphia about what time? | Approximately, 7:00 pm. |
| Sir, do you recall being notified that as a result of the delay of Train 80 in Wilmington, Amtrak would be picking up SEPTA passengers? | I don't recall being told. I don't recall. |
| And that train, do you remember how many conductors were working? | One conductor and one assistant conductor. |
| Is there a video surveillance camera on the platform? Was it installed in 2014? | Not to my knowledge. |
| And had you checked and realized that there were standing passengers on there that had been picked up? | I was not aware of any standees on Train 80 that night. |
| In general, on that evening hours of July 3, | We were experiencing a major service |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
| 2014 or the early evening hours of July 4, 2014, what were the circumstances of those communications with dispatch? | disruption due to a storm. We had a signal outage and our trains were delayed all over the system in that section.  I was in direct communication with CTEC giving me updates on. I was listening to where trains were so I can kind of get an idea when trains would arrive or not arrive, or whatever, from what I remember. |
| Is there any reason why you would have become informed that Train 80 was carrying SEPTA passengers? | Because it is unusual circumstances. |
| Do you know of anyone who did witness how it came to be that the man got on the tracks? | There were passengers on the platform that actually saw it. |
| **Examination of James Fox (Chief, Control Center Officer, SEPTA) 12/21/16** | |
| And how long have you been employed in that capacity? | I started four years ago. |
| And what are your responsibilities in that capacity? | Septa operate a series of multimodal revenue transportation for the regional public. The control center operation is the overarching department that manages the movement of all the trains, buses, subways, and trolleys in the system as they're out on the street proving service to the public. I oversee the various modes of operations from the control center. |
| What were the unusual occurrences, and what time did they occur? | The first entry was on the Trenton line. Tracks were taken out of service at approximately 3:23. The second entry was the car shortages on the railroad. The third entry is an incident involving loss of signal power on the Wilmington line, and that started approximately 6:27 p.m. |
| And what about cameras or surveillance systems, does SEPTA have camera there at 30th Street Station? | That's the Septa 30th Street upper level platforms. |
| And Septa train passengers that wanted to get down, they would have to walk downstairs off that platform; is that right? | That's correct. |
| Is it just one STO responsible for the whole Septa system at any one given time? | At any one shift, there's one STO on duty. |
| Is the STO responsible for communicating with Amtrak in determining if Amtrak trains are running through the station when service for Septa has been entirely suspended? | No. Actually, on the Wilmington line, it's quite opposite. We have no train control jurisdiction in there. The Wilmington line is owned and operated by Amtrak. |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
| Have any of your STOs, to your knowledge ever requested Amtrak assistance with accommodating Septa passengers who are at a Septa station? | Yes. It's not that frequent. |
| So in a situation where Amtrak accommodates Septa passengers, let's say they pick up – hypothetically, they pick up passengers at Wilmington and they're transporting them to 30th Street Station, what could u expect your STO to do, what would you expect other managers of operations or other Septa employees on duty that night to do? | …if Amtrak were to pick up our riders at Wilmington, their trains would still come into an Amtrak lower level platform. They would not bring them up to the traditional Septa station platform.<br>But if they make the decision to let customers board at Wilmington or Paoli on their trains, I mean, we may not know that. |
| Are these instances where Amtrak picks up Septa passengers anywhere, are you made aware of all of them by your STOs or is that something that they would just handle, without necessarily reporting it to you? | If Amtrak is doing that at our request, they typically will let us know that they can accommodate. If they're doing it on their own, they may or may not call our STO and let us know, so we might not be aware of that. |
| But, certainly, the area into 30th Street Station is a Septa area? | The 30th Street Station is a shared station. Amtrak owns the station. They have the majority of the service coming in and out of that station from a series of lower tracks. Septa had a series of tracks at an upper level portion of the overall station complex that Septa trains run on. They do not cross over. It's very rare.<br>There are times that maybe a Septa train could be brought into a lower level if Amtrak can't switch it be rot bring our trains into our normal station from the Wilmington line, but you would never have an Amtrak train come from their lines onto a Septa territory at 30th street. |

## Testimony of Ms. Lauren Anderson, March 7, 2017

| Question | Answer |
|---|---|
| [About Station Managers] | There are six in Philadelphia, 30th Street. …that work different shifts, so they're rarely at the station at the same time. |
| …when passengers get off the trains at a stop ---- what are the safety concerns and standards? | "Please watch your step detraining. There may be a gap between the train and the platform." [By the conductor or assistant conductor] |
| What's the difference between an usher and a station agent? | …a station agent is kind of a utility person, a utility worker that can cover several different positions. |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
| --- | --- |
| The platform between Track 3 and 4, when passengers disembark, how many exits, how many stairwells are there for the passengers to go up? | There's two stairwells. …they're called the north and south staircase and then there's an elevator. |
| [What is form 3116] | I am stating that if an employee assisted a passenger during an injury or illness, they would complete a form. |
| So there would have been potential witnesses [to the accident] | Yes. |
| Do you know whether or not any witnesses or passengers were interviewed…? | I do not know. |
| Who would have been responsible for the limited investigation | I believe the police would be. [Amtrak police] |
| So are there any type of guidelines that Amtrak has for crowd control on that platform? | There may be something in place; but for normal day-to-day operations. I don't see how that would come into play. |
| So if it's passengers standing as well as seated, it would be more than the 60 or 70 that would normally occupying one coach? | Okay. |
| So in my mind, that would be in excess of normal operations…? | There would be more of a concern of people boarding and congregating on the platform. |
| What about disembarking from the trains that are crowded onto the train? | Get them off as safely as possible. |
| So that if there's standing room and the trains are packed and they're on this train that's been delayed, wouldn't there be concern for the safety of those passengers beyond 'watch your step? | I'm not sure what more we could do beside ask them to watch their step. |
| Well, couldn't you have put more ushers or station agents in place to make announcements and to make sure the crowds were being directed in an orderly way? | You wouldn't need extra people to guide people off the platform to the stairwells. |
| You wouldn't need extra people to guide people off the platform to the stairwells. | …Train 80, July 3rd, and you're asking me if we should have had additional employees there? |
| No. If you could have to manage the crowd. | I don't know how possible that would be. |
| Are you saying that it was impossible? | The staffing might not have permitted us to have additional employees. |
| How many people were on duty, then, at that platform at 30th Street Station at 2 o'clock? | On the platform, no one was assigned to the platform. |
| Was anybody there? | Station Agent Jaton McNair, I believe, was there in her capacity as a station --She's not assigned to the platform. |
| So no one was assigned to the platform? | That is correct. |
| With respect to passengers who have disabilities, are there provisions that you have in place to protect their safety? | Yes. |
| What are those? | When they purchase their ticket, they can denote on there. If they need special assistance, they can |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
| | make a special request. |
| All right. And if they didn't purchase a ticket and they were put on the train from Wilmington Station without a ticket and they tell the conductor and the conductor knows they have a disability, what would that conductor's protocol be? | Well, they would do their best to try to accommodate that late request. |
| Well, they're blind. So what would that conductor be trained to do for a blind passenger? | We would have to ask if that passenger needs assistance. We don't just offer it. We ask, "Do you need it?" …We can't look at somebody and determine whether they have a disability or not. |
| Okay. Well, I'm being specific. The passenger tells the conductor he's blind and the conductor knows the passenger is blind and the conductor tells the passenger, "I got you." What does that mean? | I can only assume that means that he understands that the person needs assistance. …Will provide assistance. |
| So the conductor would not be trained to make sure that that passenger leaves the train and gets up the stairs safely? | The conductor would not guarantee them getting up the stairs safely. They would hand them off to someone else, probably. …The trainman doesn't have any responsibility once they get on the platform. |
| I thought you said they would be -- to deliver him to some other employee of Amtrak to make sure they got up the stairs safely. | They can. |
| That conductor who knows that this passenger is blind is expected to do what -- | He is expected to get the passenger off the train safely. And if the passenger requests additional assistance, a station employee will be enlisted. |
| And how would that happen? | By radio communication. |
| From that conductor? | To the station employee. |
| And that might be the trainmaster, Rodney, or some other employee, some usher, some agent, who? | More to customer service than to the trainmaster. |
| And 30th Street Station, those individuals wouldn't be on the platform; they would be up the stairs? | That's correct. |
| Those other employees that can help --. -- that blind passenger. | If the train crew radios to the station that there's a passenger requesting assistance, they will be on the platform to assist that passenger. |
| And if their circumstances are such that the particular train is crowded with standing passengers and that conductor walks off and leaves that passenger, what is that passenger expected to do? | I don't know what that passenger -- if they had the ability to get out of this -- off the platform, then they do so. |
| So they're left to their own devices? | If they need assistance, they will get it. If not, then they're left to their own device. |
| And if the conductor knows they need assistance and walks off and leaves him there, is that a breach of protocol? | As I stated previously, if the passenger requests assistance into the station, he needs to let the trainman know that. |

44

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
| The passenger asked and the conductor said, "I got you." | Yeah, I'm assuming that you're saying that the passenger needed more assistance than what the trainman provided because if the trainman is saying, "I got you," to me, that means they are helping the passenger off of the train. |
| And if the conductor fails to do that, fails to help the passenger at least off the train, not even into the hands of anybody else, just off the train, is that a breach of protocol? | It might require some coaching and counseling. |
| Okay. So the answer is yes? | Possibly. |
| And are there any crowd control or passenger measures in place -- | I guess if we are expecting huge crowds, then there would be some discussions about what would be too much, and if there were excessive amounts of passengers, how would we go about detraining those passengers. |
| Passenger boarding and offloading… …And that's something that the conductors and other employees, including yourself, would be concerned about, correct? | Concerned about, yes. |
| If there's a delay in disembarking at a particular station, let's say 30th Street, and a coach that's full with passengers, there should be an announcement as to what's going on,… …From the conductor to the passengers. | Yes. |
| [Waiting passengers in the upstairs waiting room] | They are held upstairs until it's prior to the train's arrival so they can be on the platform when the train comes in. |
| All right. So passengers are allowed to go downstairs before the trains arrive-- | That is correct. |
| What about when trains -- so that means that when a train is coming in from Wilmington headed to New York through 30th Street, the announcement's made, passengers are allowed to come down to board that train? | That is correct. |
| And then what happens? | The passenger's board. The passengers detrain and the passengers board. |
| What happens when the train loaded with passengers that are standing comes into 30th Street Station on that platform? What happens? | Those passengers, they detrain and go to one of the staircases or the elevator. |
| Okay. And what about the passengers that are waiting on that train? | They stand aside and let those people get out of the -- get off the platform -- |
| All right. And so if there's signal problems, delays or passengers boarding at Wilmington Station, would that message be sent through or from CTEC? | It's possible. |
| And is there any particular type of information that | Well, it comes out in either a text or an e-mail. |

Copyright © 2017 by Dr. Carl Berkowitz

| Question | Answer |
|---|---|
| would be sent? Is there a limitation on the type of information, to your knowledge? | ...It comes out as a text and you can have it forwarded to your e-mail. |
| Now, is that a device that you would have in your possession or someone under you would have? | If you have an -- if you have an Amtrak-issued cellphone, you are capable of receiving messages from CNOC, and it depends on your location from CTEC. |
| So, generally, if there is a delay, substantial delay, in traffic from any station to any station, is that information that would be sent by text? | Primarily, yes. |
| Now, is there another system that's used that you're familiar with called "ARROW"? | That's a computer program? |
| Tell us what that system is and what it does. It has more functions than I'm aware of. But generally. | You can check train status. |
| And when you say "you," who has access to ARROW? | Station employees, station managers. |
| But you have -- you are aware that any crowd control protocols that Amtrak and/or Septa would have would be for the protection of passengers and employees? | I really can't answer for I I anything regarding Septa. |
| Okay. Then, well, Amtrak. | As far as crowd controls -- --- are concerned, I think it's a case-by-case basis how people are deployed. |
| All right. And so in an instance like here where Amtrak took on Septa passengers, you don't know, but you would have expected -- you would expect for a call to be made ahead by dispatch to 30th Street that additional passengers were taken on and coming into 30th Street Station, correct? | I would assume so. |
| Would you have dispatched, through dispatch or on your own, let 30th Street Station know that Amtrak has taken on Septa passengers, that the trains were capacity with standing passengers? | Yes. |
| You would have done that, right? | Yes. |

46

Copyright © 2017 by Dr. Carl Berkowitz

**Appendix F. Crowd Control Management**
Crowd Control Management, it is important to ensure a safe and comfortable environment for large platform crowds. Crowd management must take into account all the elements within the situation, especially the type of characteristics of the platform facility, size and demeanor of the crowd, methods of entrance to the platform and exit from the platform, communications with the passengers, and queuing at the exits. As in every management situation, it must include planning, organizing, staffing, directing and evaluating. Particularly critical to crowd management is defining the roles of all parties involved, the quality of the advance intelligence, and the effectiveness of the planning and implementation process.

To have an effective crowd control plan, management must be aware of the characteristics of the passengers arriving at the platform, including children, seniors, disabled passengers, etc., and they must plan accordingly. Sociologists have pointed out that the way passengers perceive the environment and the various sociological signals they receive, whether consciously or unconsciously can escalate or de-escalate passenger emotions and influence their immediate behavior. For example, the general attitude among the Railroads workers and of the security and law enforcement personnel combine to produce additional signals that serve to influence passenger behavior. Other signals include truthfulness in communicating the current situation. When passengers are informed of changes and delays and the reasons for them, they can more readily accept the delays. While passengers are waiting, the provision of necessary comforts becomes crucial and can diminish discomfort and impatience.

The role and responsibility of those parties involved in protecting passengers from crowding should be specified in writing and known to all prior to an occurrence. There must be a clear understanding by all involved of the chain of command and the duties that each person is to perform. An important aid in this endeavor is a crowd management plan that specifies names, duties and location of the people; lines of communication; contingency plans; method of plan implementation; a checklist of personnel, equipment and procedures; expected crowd size and characteristics; and normal and emergency egress/ingress procedures.

Those with a role in planning, organizing and controlling crowding cooperatively must find ways to: 1) anticipate potential sources of crowd danger, 2) take steps to prevent injury when and where possible, and 3) be prepared to respond quickly and effectively when, and if, necessary.

**Preplanning Questions**
1. What are the Railroads guidelines to avoid injuries during events when large crowds may gather on the platform? For example, train delays, multiple trains arriving at the same time.
2. Does crowd planning begin in advance of situations that are likely to draw large crowds?
3. Is crowd emergency management part of the daily operational planning?
4. When large crowds are expected, are additional staff assigned as needed?
5. Are trained security or crowd management personnel or police officers on-site at times of crowding?

Copyright © 2017 by Dr. Carl Berkowitz

6. Are there detailed staffing plans that designate a location for each worker? Based on the size of the crowd expected, determine the number of workers that are needed in various locations to ensure the safety for the passenger? (e.g., near train doors, adjoining stairwells, entrances and exits).
7. Does the Railroad ensure that workers are properly trained to manage crowding?
8. Is there a procedure to contact the local police agency to ensure if the crowding meets all public safety requirements?
9. Is someone designated to contact local emergency responders if necessary?
10. Is someone designated to make key decisions as needed during a crowd emergency?
11. Is there a procedure to provide important safety information at key locations?
12. Has the Railroad prepared an emergency safety plan that addresses potential dangers facing passengers, including crowd crushing, being struck by the crowd, violent acts and being pushed to tracks?
13. Is the emergency plan shared with station personnel and with all local public-safety agencies?
14. Are train and terminal workers trained in crowd management procedures and the emergency plan?
15. Are Railroad workers provided with an opportunity to practice the emergency plan? Does this include local public-safety agencies if appropriate?

**Immediately Prior to the Trains Arrival Questions**
1. Are there provisions to set up barricades or rope lines for crowd management well in advance of customers arriving into the station?
2. Are there procedures to protect passengers from being pushed onto the track bed?
3. Are there procedures to allow for orderly crowd management entry and make it possible to protect crowds for controlling entrances and exits onto the platform?
4. Are there procedures to reduce the risk of customers pushing from the rear and possibly crushing others, including workers?
5. Are there designated workers to explain approach and exit procedures to the arriving public, and direct them to the exits safely?
6. Does the designated personnel have radios or some other way to communicate with other personnel and emergency responders?

**During the Crowding Event Questions**
1. Are there provisions to prevent further crowd entry onto the platform from arriving trains and new passengers arriving from the terminal waiting area?
2. Is there someone to make sure that all employees and crowd control personnel are aware that the train is about to arrive?

Copyright © 2017 by Dr. Carl Berkowitz

3. Are platform entrances staffed with uniformed guards, police or other authorized personnel?
4. Are public address systems or bullhorns used to manage the entering crowd and to communicate information or problems?
5. Are Railroad workers positioned to the sides of entrances and exits, not in the center of the passenger pathway?
6. Are there provided crowd and management measures at all entrances, including the ones not being used?
7. When the platform reaches maximum occupancy, is there a provision not to allow additional passengers to enter the platform until the occupancy level drops?
8. Is there special provision to provide safe entrance for people with disabilities?

**Emergency Situation Arises Questions**
1. Who in advance will call for emergency medical response, if required?
2. Are first-aid kits and Automated External Defibrillators (AEDs) available, and are personnel trained in using AEDs and CPR onsite?
3. Are employees instructed, in the event of an emergency, to follow instructions from authorized first responders, regardless of Railroad rules?

Copyright © 2017 by Dr. Carl Berkowitz

**Appendix G. Overcrowding**
Factors affecting overcrowding include the physical layout of the platform , obstructions on the platform that slow the passengers movement, location of staircases and elevators, when people arrive, train timetables, lack of coordination between subway and bus lines, serve multiple train lines, outside weather conditions, restrictions in people flow, passenger conflict areas, passenger gathering points, peaks in passenger flows, accommodating passengers with restricted mobility, transit staff available to passengers when needed, effective information available in different formats, (audible and visual), extra staff available on short notice, effective crowd management plan, system delays, platform areas that are of little use (end of platforms beyond the area of major flow of passengers, areas around signs, benches, stairs, columns and other platform obstructions).

The platform dimensions are a key factor in overcrowding at the Station, as well as the lack of stairway capacity that cause passengers to bunch at the access point to the stairs. After disembarking from the train, passengers at the station surge toward the staircase and bunch around the area closest to the platform edge. This condition makes the platform increasingly hazardous because passengers become frustrated to exit the platform and are faced with delays to begin climbing the stairs.

The platform has different functions and characteristics during the departure and arrival of trains. For the arrival, the platform must have sufficient area and vertical access facilities for passengers to quickly move through the area. During the departure, the platform serves as a storage area for passengers waiting for a train and as a movement space for passengers distributing themselves along the platform.

The platform area facilitates multiple passenger circulation functions, including circulating along the platform, boarding and alighting from trains, queuing at the platform edge while waiting for the next train, transferring between trains, waiting for the next train, queuing at stairways and escalators and waiting at benches. The disruption of train service can also lead to dangerous overcrowding of the platform with the risk of passengers falling onto the tracks. Because of these complex and often conflicting characteristics, overcrowding on the platform creates potentially dangerous situations where passengers are crowded near the platform edge. The Roosevelt Avenue platform presents challenges for the circulation of passengers including: linear queues for stairways must mix with less flexible bulk queuing for boarding that may extend laterally across the platform. Disembarking passengers have to compete with boarding passengers in the areas along the length of the platform which coincides with the queuing space for the stairways. The platform serves the needs of loading and unloading two platforms at the same time and for the disabled the lack of sidewalls is not available for location reference and safety.

The available platform area is determined by deducting the 2-foot safety edge along the length of the platform and the footprint areas of any stairs, columns, or other space consuming features on the platform. The location of the stairs will affect the distribution of passengers along the platform and it is known from various studies that passengers will cluster around

Copyright © 2017 by Dr. Carl Berkowitz

platform access stairways.   The effective platform area required is based on maintaining a minimum level of service for queuing and for passenger circulation.  The platform as designed and operated has a critical passenger holding capacity, which if exceeded, could result in passengers being pushed onto the track area.  The American with Disabilities Act (ADA) also affects the operation of the platform, including the platform edge treatment. The ADA does not directly affect the overall area or width required for a platform, but an accessible route of at least 36-inches wide must be maintained along the platform.  When the accessible route is next to the platform edge, the 24-inch platform edge treatment area is not included, so the clear width along a platform edge must be 60 inches.

The National Fire Protection Association Standard for "Fixed Guideway Transit and Passenger Rail Systems" does not directly affect the overall platform area unless obstacles require additional platform width to provide egress capacity past an obstacle such as a stairway.   The standard specifies that egress routes must be at least 5 feet 8 inches wide.  When walking path passes between the edge of the platform and an obstacle, an additional width of one foot 6 inches must be provided at the platform edge and one foot must be provided next to the obstruction so that a minimum clearance width of 8 feet 2 inches is required in such a case.

Passenger levels of service provide a useful means of evaluating the capacity and comfort of an active passenger space. This level of service is related to walking and is based on the freedom to select desired walking speeds and the ability to bypass slower-moving passengers. Other considerations related to passenger flow include the ability to cross a passenger traffic stream, to walk in the reverse direction of a major passenger flow, and to maneuver without conflicts with other passengers or changes in their walking speed.

Levels of service for platforms is based on available standing space, perceived comfort and safety, and the ability to maneuver from one location to another. Since the passenger level of service is based on the amount of passenger space available, the level of service thresholds can be used to specify desirable design features such as platform size, number and width of stairs and so forth.  Level of service is presented in terms of the average space per person and the average distance between people.  The level of service required for waiting is a function of the amount of time spent waiting, the number of people waiting and the desired level of comfort. The longer the wait, the greater the space per person required.  People do not accept being tightly packed on a transit platform.  The levels of service A is standing and free circulation through the queuing area possible without disturbing others within the queue with an average passenger area of greater than 13-square feet per person.  The level of service B is standing and partially restricting circulation to avoid disturbing others within the queue and is possible with an average passenger area of 10 to 13 square feet per person.  The level of service C is standing and restricting circulation through the queuing area and disturbing others is possible and this density is within the range of personal comfort with an average passenger area of 7 to 10 square feet per person.   The level of service D is standing without touching; circulation is severely restricted within the queue and forward movement is only possible as a group; long-term waiting at this density is discomforting with an average passenger area of 3 to 7 square feet per person.  The level of service E is standing in physical contact with others; circulation

Copyright © 2017 by Dr. Carl Berkowitz

within the queue is not possible; queuing at this density can only be sustained for a short period without serious discomfort and the average passenger area is 2 to 3 square feet per person. The level of service F is when virtually all persons within the queue are standing in direct physical contact with each other; this density is extremely discomforting; no movement is possible within the queue; the potential for pushing and panic exists and the average passenger area of less than 2 square feet per person.

To determine the number of passengers that are occupying a space is a complex matter requiring information from numerous sources. One basic engineering technique used is the time-space analysis which considers the space occupied by a person and the time spent engaging in a specific activity within that space. The space required for a particular activity is represented by the number of people involved in an activity x the space required for the activity x the time required for the activity.

The time-space analysis establishes passenger origins and destinations within and at the edge of the space analyzed. It then assigns passenger routes through the passenger network for each origin-destination pair and sums the volume of persons passing through each analysis zone; then it identifies the walking time within each zone for passengers. This may vary depending on their route through each zone; then it determines the percentage of people passing through each zone who stop and dwell in that zone for various specific purposes, such as waiting for a train, buying tickets, etc. The next step is to determine the time spent dwelling in each zone for each purpose, calculating the time-space demand by multiplying the number of persons and the number dwelling by the time for walking through and the dwell time for various activities and by the space used by a person engaged in each activity, then calculating the time-space available by multiplying the usable floor area by the duration of the analysis period and finally calculating the demand-supply ratio by dividing time-space demand by time-space available. With this information, the level of service based on ranges of demand-supply ratios can be determined.

Computer simulation models are also available for passenger circulation, but to-date have been limited in their ability to represent the complex multi-directional movements of passengers.

The level of service is determined by: estimating the maximum passenger demand for the platform at a given time; calculating the required waiting space by multiplying the average space per person by the maximum passenger demand; calculating the additional walkway width needed by using the appropriate procedures for walkways described previously; calculating the queue storage space required for exit points (at stairs, escalators, and elevators) and by using the appropriate procedures described in the following sections; considering the additional platform space that will be unused, including dead areas and physical obstructions; add a 4-ft buffer zone (24 inches, on each side) to the width of the platform; and calculating the total platform area by adding the required waiting space, walkway width, queue storage at exit points, dead areas, and buffer zone width.

The passenger origin and destination information identifies where people come from and where people go to when entering or exiting a station.

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix K. Amtrak Station Program and Planning Guide, Chapter 8, Platform

### 8.7.    Platform Height

Passenger Train Floor Height

Depending on which type of equipment is used, or will be used, at a station, platform height is preferred to be 48 inches.

### Federal Accessibility Regulations

Federal regulations require level boarding whenever it would not be prevented by freight train clearance requirements.

### 8.8 Additional Dimensions and Clearance

### Sacrificial Edges

At 48 inch platforms, a sacrificial edge shall be applied, consisting of two layers of 3 inches by 10 inches and effectively increasing the platform width by 5 inches.

### 8.10 Accessibility

Amtrak's access guidelines are based on two sets of considerations:

1.  The statutory provisions and current regulations promulgated under the ADA; and
2.  The best engineering practices of track and platform design at railroad stations, to the extent consist with the ADA.

The ADA and implementing regulations generally provide as follows:

1.  Platform must be "readily accessible to and usable by individuals with disabilities…"
2.  At stations with raised platforms, there may be a gap of no more than 3 inches horizontal and 5/8 inch vertical between the platform edge and the entrance to the rail car.

### Tactile Warning Edge

Platform edges must have a detectable warning (also known as truncated domes or tactile edging) consistent with ADA requirements, which shall contrast virtually with the adjacent surface, be 24 inches wide and run the full length of the public use area of the platform. Amtrak's standard color requirement is federal yellow…

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix L. Amtrak System Safety Program, December 2007
## Section 1. Purpose, Goals, Objectives and Authority

### 1- A. Purpose

The purpose of the Amtrak System Safety Program is to provide a comprehensive description of current safety-related policies, programs and practices that aid in the prevention of and response to accidents, injuries and illnesses. To achieve this purpose, the Program intends to:

- Provide formal documentation of Amtrak's commitment to system safety.
- Establish the System Safety Program throughout all phases of Amtrak's operation.
- Provide a framework for implementing safety policy and achieving safety goals and objectives.
- Identify Amtrak's relationship and responsibility with regulatory agencies, operating partners, contractors and organizations that impact system safety.
- Comply with applicable Federal and State laws and local codes, ordinances and regulations.

Amtrak defines system safety as a detailed method of applying scientific, technical, operating, and management techniques and principles for the timely identification of hazard risk, and initiation of actions to prevent or control these hazards throughout the system life cycle and within the constraints of operational effectiveness, time, and cost.

The system to which the System Safety Program (SSP) applies is the National Railroad Passenger Corporation (Amtrak) and all of its organizational and physical components, people, procedures, facilities, and equipment. System Safety applies to each and all of the following, separately and in their various combinations as parts of the Amtrak system:

- Amtrak employees, Amtrak contract, commuter and intercity operations, and contractors working on Amtrak property or equipment;
- Safety-related activities of each part of Amtrak's organization and operation throughout its life cycle - from system/equipment/facility design and acquisition through operation, maintenance, repair, and component disposal;
- Equipment, facilities, machinery, and/or structures used to maintain and operate the rail system such as rolling stock, wayside equipment, track, communications and signals, electric traction, facilities, stations, and other structures;
- Procedures, rules, work practices, training, and contracts;
- And Amtrak's High Speed train-set operations (Tier II) as defined in 49CFR238.600.

### 1-B. Goals

The goal of Amtrak's System Safety Program is to seek to provide passengers and employees with the highest practical level of safety by formally integrating safety into all phases of the Amtrak system, including design, construction, modification and rehabilitation, operation, maintenance and procurement.

System Safety goals will be accomplished by establishing a coordinated safety and hazard management effort responsive to the needs of the entire Amtrak organization. This Program

Copyright © 2017 by Dr. Carl Berkowitz

provides a framework for the common goal of preventing customer and employee accidents by providing:
- Safe revenue service to our customers;
- Safe work environment for our employees;
- An environmental friendly operation and System Safety Program December 2007;
- Commitment to, involvement in, and accountability for safety activities and performance by all employees and contractors.

## 1-C. Objectives
The goals identified above can be achieved through compliance with regulatory requirements, Amtrak's safety and operating rules and the programs contained within the System Safety Program. Specific objectives for attaining SSP goals include:
- Review, publish and distribute Amtrak's SSP.
- Establish departmental and corporate injury reduction goals.
- Monitor employee, passenger and contractor injury data and trends, and accident/incident data relating to trespassers and grade crossings and modify or implement initiatives and programs to counter negative performance trends.
- Publish injury/accident data system-wide on a monthly basis.
- Utilize Amtrak's Intranet "Staying Safe" website to facilitate access to safety programs, policies and plans.
- Utilize a systematic program of drills and exercises to evaluate local emergency response plans.
- Document system-wide compliance with elements of the System Safety Program.

**Each Amtrak employee** is authorized and directed to:
- Pursue SSP goals and objectives.
- Take all safety-related actions appropriate to positions, functions, locations, and circumstances.
- Adhere to Amtrak's safety policies, procedures and practices.
- Promote safety.

## Section 4. Hazard Management
### 4-A. Introduction
Hazard management is key to system safety. The broad term "hazard management" refers to a process by which potentially significant foreseeable hazards are identified and addressed, and when appropriate, reasonable remedial action, appropriate to the potential hazard is taken. This section covers methods of hazard identification and techniques for hazard prioritization and control.

### 4-B. Hazard Identification & Resolution
Potential hazards and unsafe conditions are often identified by employees and brought to the attention of fellow workers, supervision and/or management during routine contact, job

Copyright © 2017 by Dr. Carl Berkowitz

briefings and/or safety meetings. Many foreseeable hazards can be resolved through the routine efforts of the employees involved in the work activities or work environment.

A supervisor or manager should promptly address an identified hazard upon notification. If a hazard(s) cannot be addressed at this level, it should be forwarded to senior management and then to the Department Head, if necessary. Whenever an identified hazard or unsafe condition presents an imminent threat to the safety or security of employees or passengers, it is necessary to provide an immediate response, such as protection against, or if reasonable, elimination of the hazard(s).

Potential hazards can be identified in a number of other ways:
- Proper design and engineering by trained personnel can identify potential problem areas prior to implementation or service.
- For existing or routine work processes, employees can identify potential hazards and unsafe safe work practices by conducting work site observations, inspections, and audits; performing job safety analyses (JSA); developing site-specific safety work plans
- (SSSWP); and by reviewing regulatory agency inspection reports and customer and employee complaints.
- Accidents/incidents may reveal the existence of underlying hazards, which may be identified through accident investigations and utilization of root-cause-analysis principles.
- When appropriate, risk assessments to evaluate potential hazards should be conducted.
- Consideration should be given to the nature of the work and potential consequences.

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix M. Amtrak Service Standard Manual
## Boarding and Detraining

Passengers sustain more injuries during the boarding and detraining process than at any other time. Employees can also sustain injuries while assisting passengers. Injuries can be avoided by adhering to the following instructions.

### 1. General Instructions

- Make sure the train has completely stopped before opening an individual or train-line door.
- Wipe the handrails.
- Be positioned near assigned doorway to lend an arm and assist with luggage between the train and platform. (This is particularly important during inclement weather.)
- Step onto the platform ahead of the passengers.
- Asking those on the platform, waiting to board, to step aside and make room for those detraining.
- Make frequent announcements to remind passengers to: *"Please Watch Your Step"* and to *"Use the Handrails"*.
- Pay particular attention to children, elderly, women wearing high heels or open-toed shoes, passengers with disabilities and anyone overburdened with luggage, packages, etc. as these individuals are most likely to trip or fall.
- When taking luggage from detraining passengers, place it on the platform in a location not interfering with normal walkways.
- Remind passengers to seek assistance from Station personnel wherever necessary.

### 2. High Level Platforms

*When assisting passengers at High Level Platforms, follow these instructions in addition to all of the instructions listed in Section 1.E.1 "General Instructions" of this chapter.*

- Always notify the passengers that there is a space between the train & platform before arriving at the station *(Refer to Chapter 10, "On-Board Announcements and Signage")*.
- Assist passengers across the space between the train and platform. (This is particularly important during inclement weather.)
- Advise passengers with children to cross the space between the train and platform first, then turn to help children across the space.

### C. Conductor

The Conductor and Assistant Conductors are both responsible for the following:

### En Route Responsibilities

The Conductor must:

a) Platform – Be on the platform at all station stops.

b) Employee Positions – Ensure that there are employees protecting vestibules and positioned to assist boarding and detraining passengers.

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix N. AMT-5, National Railroad Passenger Corporation, Safety Instructions for Transportation Employees on or about Locomotives, Cars or Equipment, Effective January 5, 2009

AMT 5 - 4 Safety is of first importance in the operation of the rail-road and, therefore, is the most important aspect of an employee's duties. Working safely and obeying the rules is essential to continued employment. Employees should take the safest course of action and every precaution to avoid injury.

The instructions contained herein apply to Train, Locomotive and Other Transportation employees, who must keep them available for reference while on duty. Employees must review and understand the Safety Instruction for each day, as indicated by the Safety Calendar.

These Safety Instructions are grouped for convenience and contain the basic safety and work practices that apply to your job. However, not all safety hazards that you may encounter in your daily work can be specifically covered by appropriate instructions to protect each individual. If you do not understand the safety instruction(s) or are not sure of the safe course of action for a particular circumstance, ask your supervisor for an interpretation and/or a clarification on the safest course of action.

Almost all personal injuries are caused by the unsafe acts of people and by reducing unsafe acts, injuries can and will be prevented. Officers and supervisory personnel must regularly make observations and checks to assure compliance with these instructions, and immediately correct unsafe acts as they occur.

**5001** Conductor will:
a) Be responsible for the safety of the passengers on his or her train or assignment.
b) Be responsible for the safety instruction and the safe performance of all employees on his or her train or assignment.
c) Inform such employees of any unusual hazards.
d) Continuously supervise work involving unusual hazards.
e) Promptly advise immediate supervisor of any employee who resists safety instructions.

**NOTE:** The engineer must assist the conductor in the above requirements, with respect to employees who are on or about the equipment or track within his or her immediate vicinity.

## Section C – Walking, Standing or Sitting
### All Locations:
**5200** Use designated route or path while moving from one point to another while on duty, or on company property.
**5201** When walking, watch where you are going, paying close attention to footing conditions and surroundings to avoid injury.

Copyright © 2017 by Dr. Carl Berkowitz

a) Look for and stay clear of opening, slipping, tripping or falling hazard. Remove such hazard from path, walking or work area when practicable, otherwise promptly inform immediate supervisor of its presence.

b) Use extreme caution during periods of inclement weather conditions to avoid slipping or falling.

c) Do not walk through steam, smoke or other such vapor or substance, unless it does not obscure the view of the walking area.

d) Where smoke or fire conditions exist, avoid area when possible and contact supervisor for instructions.

e) When lighting conditions require, use a flashlight or lantern to assist in ascertaining footing conditions and surroundings.

Copyright © 2017 by Dr. Carl Berkowitz

**Appendix O. Northeast Operating Rules Advisory Committee, Ninth Edition, April, 2008**
**Train Service Employees**

### Table 10. NORAC Operating Rules

| Item | Category | Description |
|------|----------|-------------|
| General Rules | L. Complying with Rules, Orders and Instructions | Employees on duty on any division or railroad must comply with the orders and instructions of that division or railroad, unless otherwise directed |
| Train Service Employees | 940. Conductors and Trainmen: Receiving Instructions | Conductors and Trainmen report to and receive their instructions from the Superintendent or other designated officer. They must obey the instructions of Transportation Supervisors, Dispatchers, Operators, Yardmasters, and Station Masters within their jurisdiction, and from officers of other departments on matters pertaining to those departments. Conductors must be qualified on the physical characteristics of the territory over which they are to operate. |
| | 941. Conductors: Authority and Responsibilities | Conductors have general charge of the train to which they are assigned, and all persons employed thereon are subject to their instructions. They are responsible for all of the following: |
| | | 1. The prompt movement of their train. |
| | | 2. The safety and care of their train and the passengers and commodities carried. |
| | | 3. The vigilance, conduct and proper performance of duty of the persons employed thereon. |
| | | 4. The observance and enforcement of all rules and instructions. |
| | | Whenever necessary, conductors must instruct crew members concerning the proper performance of their duties. |
| | | Conductors must report all delays on the prescribed form. |

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix P. American Railway Engineering and Maintenance-of-Way Association, (AREMA)

### Section 8.1 Introduction

### 8.7.2 Platform Dimensions

Platform lengths are based upon car length, plus number of cars and a margin of 40 feet for braking. Actual platform lengths will vary according to site constraints and train operational requirements. Platforms will vary in length depending on the service being provided and whether or not the station is served by either diesel or electric type motive power. Minimum platform lengths may vary from 210 lineal feet in length (3 cars for diesel, 2 cars for electric) to 890 lineal feet (11 cars for diesel). Along some lines platform lengths may be longer.

Platforms are also defined as high level platforms, low level platforms, side platforms and island platforms. Each platform type is also governed by minimum standard platform dimensions to accommodate through freight trains such as shown in Table 10.

**Table 10. Minimum Standard Platform Dimensions**

| Platform | Dimension |
|---|---|
| High Level Platforms | 4'-3-1/2" above top of rail<br>5'-7" from centerline of adjacent track to edge of platform |
| Side Platform Width | Minimum 10'-0" |
| Island Platform Width | Minimum 15'-0" |

### 8.7.3 Platform Access

Passenger access to the platform area may be through the station and at other points away from the station itself. Stairways, handicap accessible ramps and elevators may need to be provided in order to accommodate both arriving and departing passengers. Access points to the platform should be clearly visible and/or signed in order to allow for swift and safe passenger movement to and from trains. At stations where tunnels are used to access platforms, tunnel widths should be wide enough to accommodate the largest peak flow of passengers and void of obstructions. When tunnels are used for platform access, tunnel ramps must be designed for handicap access. In the event adequate space is not available, elevators may be used for handicap access.

Tactile strips must he located along the edge of platform adjacent to the tracks. In high speed rail territory other measures may be necessary to prohibit passengers from standing too close to the edge of platform. All access points to the platform must consider these restrictions.

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix Q. Amtrak Service Standard Manual No. 9

### a) Employees are expected to: (11-25)

Frequently check on the passenger to ensure they are comfortable and enjoying the trip.

- Ensure that any information communicated to passengers reaches those with disabilities. This includes any passenger who is deaf, hard of hearing, or who has cognitive disabilities.
- Use of the green (Keep in Sight) "*Special Assistance Seat Check*" (**NRPC** 3242) to remind employees that these passengers need to be individually kept informed.

### b) Employees are not expected to:

- Help passengers use the restroom.
- Physically lift a passenger from their wheelchair to transfer them to a seat or bed.
- Physically carry a passenger on or off the train (except in an emergency situation).

## G. Offering the Most Appropriate Assistance (11-35)

Simply being able to identify a person's disability does not tell you anything about that individual's abilities. For instance, some deaf people are verbal, many people who are "legally blind" have some degree of vision and some quadriplegics can walk!

So never, make assumptions. Remember to ask how you can assist the passenger and offer that requested assistance. Communicate clearly through each step of the assistance process.

### 1. Ask First

The first step in assisting anyone with a disability is  to ask and listen to the response before proceeding.

Asking first shows respect and consideration for the passenger's needs and abilities. In addition, if the passenger is not prepared for the assistance "you think" they need, the employee could injure him/ herself or the passenger. Follow the directions of the passenger, and assist him/her to the degree and in the method the passenger indicates will be most helpful.

### 2. Avoid Embarrassing Situations

It is very important that consideration be given to the passenger with a disability.

#### a) Passenger's Disability

- **Do** ask the passenger "How may I assist you?" while maintaining direct eye contact.
- **Do Not** ask for details about a passenger's disability.

#### b) Deaf or Hard of Hearing

- **Do** keep your voice at a regular conversation level when conversing with a passenger who is deaf or hard of hearing. If necessary, write out your communications so that they can read them.
- **Do Not** shout to a passenger who is deaf or hard of hearing.

#### c) Station Stops

- **Do** include in the station stop announcement that there will be a slightly extended stop if it is anticipated that it may take slightly longer at a station stop to board or detrain a passenger with a disability. That is all.

Copyright © 2017 by Dr. Carl Berkowitz

- **Do Not** announce that the train will be delayed due to assisting passengers with disabilities.

**d) Assistance**
- **Do** ask the passenger "Will you need any assistance during the trip?" if unsure or unclear about assistance the passenger may need.
- **Do Not** assume about the type of assistance a passenger will need.

**e) Attendants**
- **Do** speak to the passenger with the disability.
- **Do Not** speak only to the attendant and ignore the passenger with the disability.

## H. Assisting Passengers with Vision Disabilities (11-37)

1. Approaching and Greeting

Employees are to signal their approach verbally and identify themselves.

2. Leading

a) **Ask the passenger** if **they want arm assistance.** If so, determine which side (right or left) they want you to be positioned. If the person has a guide animal, go to the side opposite the animal.
- Offer your arm.
- Do not take the passenger's arm and push them along, and never grab the arm with which the person is holding a cane or guide animal's harness.
- Never grab a guide animal's harness or in any way interact with the guide animal.

b) **Inform the person about obstacles** such as stairs or revolving doors.

c) **To help the person sit down,** place the person's hand on the back of the seat/chair and state which direction it is facing.

**3. Attending and Assisting**

a) **Do not move luggage without asking first.** If permission is granted to move luggage, then tell the passenger where their luggage will be.

b) **To hand something to a passenger who has a vision disability,** place the item ( e.g., ticket, bag, etc.) directly in the person's hand, or touch it to their hand.

c) **Do not touch the person's cane or guide animal.**

**5. Parting**

a) **Offer to acquaint the person about the trip,** equipment or the station.

b) Ask if **further assistance is needed.**

c) **Signal that you are leaving** so the person does not continue talking, thinking you are still there.

d) If **assisting the passenger to the train,** ensure they are in their seat or accommodation and that the employee who is working that car knows the passenger is on-board. If assisting the passenger to outside transportation, ensure the passenger is fully aware of their location, and if possible remain with the passenger until they are safely on their way.

**6. Boarding and Detraining**

a) **Always offer assistance and advise** the person to "watch their step."

Copyright © 2017 by Dr. Carl Berkowitz

b) **When a passenger declines assistance,** tell them where the railings (grab irons) are. Also, tell them that there is a gap between the platform and train, and give the approximate size of the gap.

c) **When a passenger requests assistance,** ask how best to assist them.

d) **Offer to assist with luggage,** inform the person early of their stop and put the person in touch with the surroundings.

## J. Assisting Passengers who are Deaf/Blind

### 1. Approaching (11-39)

Touch him or her gently on the shoulder. The person will then take your hand and begin signing to ask if you are deaf. If you don't respond, the person will assume you do not know sign language. The person will then offer you a pad and pen or magic marker and indicate you should write, or the person will demonstrate how you can print on the palm of the hand.

### 2. Printing on Palm

Printing on palm is a method of "writing" with the fingertips on the palm of a person's hand. Use the fleshy part of the fingertip, not the fingernail, and follow these guidelines:

- Always use upper-case letters (block capitals).
- Use the same reference point for each letter, holding the person's hand the same way each time.
- Write as large as possible.
- Use the entire palm area for each letter.
- When finished with a word, wipe it off.

### 3. Other Assistance

- Help the deaf/blind person to negotiate the station and train.
- Touch the person gently and offer your arm.
- If the person has a guide animal, go to the side opposite the animal and offer your arm.
- Remember that the customer cannot hear you and information regarding obstacles, stairs, etc., must be given through tactile ("touch") messages, such as a slight lifting of your arm when nearing stairs.
- Never leave a deaf-blind person standing in an open space. (Place his or her hand on a wall, post, railing or whatever is available.)
- Do not leave the person alone too long unless they refuse assistance.

Copyright © 2017 by Dr. Carl Berkowitz

**Appendix R.  Amtrak Safety Instructions**



2012-11-12

## Safety Instructions for Station Service Employees

### Introduction
Providing for the safety of our passengers and employees is paramount. Both passengers and employees have the basic right to expect a safe and injury-free experience while on our property, equipment and facilities. Both have a responsibility to participate in protecting their own and each other's safety

### Passenger Safety
Train travel is one of the safest modes of transportation. Yet each year, passengers are injured on-board trains which contribute to an unsatisfactory impression of Amtrak as a travel choice. In addition, many of those injured, seek compensation for their injury and these costs put a continuing strain on our operating funds. It is in all of our best interests to reduce the number of on-board passenger injuries; protecting the company's financial resources and improving passenger satisfaction.
The following are items to consider when helping our passengers and communicating with them about safety.

### Passenger Boarding and Off-Loading
More passenger injuries occur during entraining and detraining than any other passenger activity.

### High Platforms
Make sure the train has completely stopped before opening an individual or trainline door. Step onto the platform ahead of the passengers and announce to those on the platform to make room for those detraining. Be in position near your doorway assignment to lend arm and luggage assistance across the space between the train and the platform. This is particularly important during inclement weather. Make frequent announcements to remind passengers to "Please Watch Your Step" and to "Use the Handrails When Detraining and Entraining." Advise passengers with children to cross the space first and then turn to help the child across. Pay particular attention to children, the elderly, passengers with disabilities and anyone overburdened with luggage, packages, etc.

### Other Safety Reminders
Check for debris and slippery conditions such as snow and water that may have accumulated while the steps were in the folded position. Use a step box whenever possible. When taking luggage from detraining passengers, be sure to set it on the platform so it will not interfere with normal walkways.

Copyright © 2017 by Dr. Carl Berkowitz

**Safety for Passengers with Disabilities**
*Americans with Disabilities Act*
The Americans with Disabilities Act (ADA) requires reasonable accommodations be made to help those with disabilities. Crews should offer arm assistance to passengers who would like to transfer from their wheelchair to a seat and can reasonably participate in this transfer. Passengers who cannot perform major life functions with limited assistance - e.g., walking, breathing, eating, using the restroom - are required to have someone accompany them.

**Station Stairs, Elevators & Escalators**
These are areas where passenger injuries frequently occur. Crews should remind passengers to use the handrails, leave one step between them and their next passenger on the escalators, and to seek assistance from station personnel wherever necessary.

**Announcements**
Many passengers do not understand the equipment and systems around them on the train. It is the crew's responsibility to familiarize them with the features and services Amtrak offers. This includes making announcements via the PA system, and answering any passenger questions while walking through cars.
Special attention should be given to the Passenger Safety Instruction Cards for the type of equipment in use. Preparing passengers for station arrival and detraining in sufficient time to prevent last minute anxiety and confusion is one of the most important on-board announcement crews are required to make.

**Employee Safety**
Employees are our strength. Training, preparedness, awareness, and a positive safety attitude are the best tools to protect themselves from injury or occupational illness. Here are some ways to prevent an on-the-job injury:
**1. Participate in daily Job Briefings:**
Discuss the anticipated operating condition you will face that day, such as weather, baggage, groups, station stops, etc. Include the safety instruction of the day and its
 application, meaning, and how it may relate to the assignment that day. Ensure all crew members are contacted about their role as part of the entire crew working together.
**a. Manifest Particulars:**
Talk about items included on the manifest, such as passengers with disabilities, groups traveling, special stop requirements, consist deviations, and the latest Standards Updates and Service Advisories in effect.
**b. Prevention Techniques:**
What to do to prevent and/or react to carry-bys, standee conditions, or unexpected overbooking?

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix S. Service Delivery & Operations Support



**AMTRAK®**

Service Delivery & Operations Support

*Numerous events and conferences recognizing the ADA anniversary are planned for this summer around the country, and we expect that many of the attendees will travel to these events via Amtrak. This provides a great opportunity for Amtrak to showcase its ability to provide excellent service to this important group that relies on Amtrak as a favored mode of transportation.*

### Here are some key points to keep in mind:

1. **Put the passenger first.** The polite terms are "passengers with disabilities" and "people using wheelchairs"; avoid terms such as "disabled passengers" or "wheelchair riders." Passengers with disabilities should be treated with the same dignity and respect as other passengers. Speak to them just as you would any other passenger and never single them out to other passengers as a reason for a delay or other issue.



2. **Ask "How may I assist you?"** This is the best way to start a conversation with someone, particularly if they're obviously in need.

3. **Don't touch — unless assistance is requested.** Nobody likes to be grabbed, so don't touch someone without asking permission. Some people may prefer to take your arm, and you should offer it, if appropriate. This rule also applies to wheelchairs, which are a part of the passenger's personal space.

4. **Explain what you're doing.** A lot of things that are obvious to us are not obvious to passengers, and some –

such as ballast-level transfers between trains – can be scary. Before you do anything, explain to the passenger:
   - **What** – you are going to do
   - **How** – you are going to do it
   - **Where** – you are going to move them, and ask
   - **Whether** – they have any questions

5. **Speak plainly — not "railroad."** Very few people outside of Amtrak know terms like LSA, a transfer bridge, or the A/C. Taking the time to explain things in clear, simple language eliminates a lot of uncertainty, frustration and confusion.

   - Remember, passengers with disabilities are independent people – just like you are – they just have some extra needs. They don't need your help to eat or to go to the bathroom, but they may need you to bring them their food or access the restrooms, and if they wish to visit the lounge car (and there is time at scheduled stops), you should help them to do so.



Copyright © 2017 by Dr. Carl Berkowitz



### AMTRAK®

Service Delivery & Operations Support

- Passengers with visual impairments should never be grabbed – but they will find it very helpful if you approach them, identify yourself as an Amtrak employee, and offer to help (it is customary to offer them your arm, which they will take if they accept the offer). Describe the environment for them, particularly obstacles such as revolving doors, stairs, gaps between train and platform, and slick surfaces. Don't leave them without telling them you're going.

- Service animals are there to assist passengers with disabilities – and just like Amtrak K-9 dogs, they should not be touched or petted.

- Make sure you review the train manifest at the crew briefing; passengers with disabilities who made a Special Service Request (SSR) will be listed. You should make plans for loading, seating and providing any assistance they might need on the trip. At a minimum, these duties include:

  - Assistance with boarding or detraining
  - Stowing carry-on luggage
  - Transferring from a wheelchair to accessible seating
  - Moving about the train
  - Helping them manage basic needs such as food and restroom access
  - Carry paper and pen/pencil to communicate train announcements and other information to passengers with hearing disabilities



- Conductors and train attendants should check on all passengers, including passengers with disabilities every 30 minutes

- Remember that a passenger may need additional assistance that was not requested before boarding. If a passenger makes a reasonable request, and you can fulfill it, do so – although you should draw the line at personal services, particularly those (such as administering medicine) that you are not qualified to perform.

While it goes without saying that these steps are important to our passengers, they're more than just good customer service, they're about helping people. Nothing says more about the caliber of Amtrak employees than our conduct toward passengers, particularly those who need assistance. Amtrak is working hard to ensure that all of our stations and equipment are made fully ADA compliant as soon as possible. In the meantime, it is important for all employees to take the extra time and effort to assist all passengers, especially those with special needs.

Additional information on assisting passengers with disabilities is available on the Amtrak intranet. Under the "Employees" tab, go to "Education and Training" and click on the "Customer Service" link.

On-train employees can refer to Chapter 11 – "Assisting Passengers with Disabilities" in the Service Standards Manual for Train Service and On-Board Service Employees, Version 5.1.

Station employees can refer to Chapter 26 – "Americans with Disabilities Act Compliance" in the Stations Standards Manual.

Copyright © 2017 by Dr. Carl Berkowitz

## Appendix T. Amtrak Assisting Passengers with Disabilities (Table of Contents)



2016-08-04

### Assisting Passengers with Disabilities

**Chapter Summary:** This chapter provides details about the law and contains guidelines on what to say, what to do and how to help a person with a disability.

### Table of Contents

Introduction ............................................................................................................4
   Amtrak's Commitment and Policies ........................................................................4
   The ADA and What It Means for Amtrak..................................................................4
Customer Service Commitment ..........................................................................4
Reasonable Modification of Policies and Practices for Individuals with Disabilities   5
   Passenger Requests................................................................................................5
   Examples ...............................................................................................................6
   Examples - Likely Reasonable Modification Requests...............................................6
   Examples - Likely Unreasonable Modification Requests...........................................7
Services Offered and Provided to Passenger with Disabilities     8
   Advance Notice ......................................................................................................8
   Non-Advance Notice ...............................................................................................8
   Personal Assistance ................................................................................................9
   Attendants/Companions .........................................................................................9
Examples of Disability Situations with Suggested Actions     10
   Situation 1 - Passenger is traveling without Attendant...........................................10
   Service Requirements ...........................................................................................10
   Suggested Actions ...............................................................................................10
   Situation 2 - Passenger needs assistance from a Wheelchair to a toilet...................10
   Service Requirements ...........................................................................................10
   Suggested Action ................................................................................................10
   Situation 3 - Feeding Passenger ...........................................................................10
   Service Requirements ...........................................................................................10
   Suggested Actions ...............................................................................................11
   Situation 4 - Service (Seizure Alert) Animal Occupying Adjacent Seat .....................11
   Service Requirements ...........................................................................................11
   Suggested Actions ...............................................................................................11
Transporting Passengers with Mobility Aids     11
   Bi-level Accessible Cars ........................................................................................11
Mobility Aids     12
   Common Wheelchair..............................................................................................12
   Scooters..............................................................................................................13
   Segways Personal Transporters .............................................................................13
   Cane, Walkers and Other Small Mobility Aids – .......................................................13
   Hoyer Lifts ..........................................................................................................13
Transfer to Seat     14
Boarding, Seating and Detraining     14
   Service Requirements ...........................................................................................14
   Boarding and Detraining with Wheelchair Lifts .......................................................14

Copyright © 2017 by Dr. Carl Berkowitz

**AMTRAK**

Boarding and Detraining with Superliner Ramps ................................................................15
Seating................................................................................................................................15
**Wheelchair Lift Operating Instructions**                                              **16**
General Instructions ............................................................................................................16
Preparing the lift for movement ..........................................................................................16
Moving the lift into position................................................................................................18
Moving a passenger from the platform to the train ..........................................................18
Moving a passenger from the train to the platform ..........................................................22
Storing the lift.....................................................................................................................22
**En Route Passenger Assistance**..........................................................................**23**
**General**                                                                                    **23**
Employees are not expected to: ..........................................................................................24
**Meals**                                                                                      **24**
**Ice**                                                                                        **24**
**Oxygen**                                                                                     **24**
Oxygen Tanks ......................................................................................................................24
Oxygen Concentrators.........................................................................................................25
Nebulizers...........................................................................................................................25
**Passengers with Medical Conditions**                                                         **25**
**Medical Certification**                                                                      **26**
**Medication**                                                                                 **26**
**Service Animals**...............................................................................................**26**
**Service Animal vs. Emotional Support Animal**                                                **26**
Emotional Support/Comfort Animals ...................................................................................27
**Certification or Documentation**                                                             **27**
**Determining If An Animal Is A Service Animal – "Is This Your Pet"**                          **27**
Physical Indicators ..............................................................................................................27
Observation.........................................................................................................................28
Is This Your Pet ...................................................................................................................28
Not a Service Animal ..........................................................................................................28
Service Animal in Training ...................................................................................................29
Access to Equipment, Stations and Other Public Areas .....................................................29
Dining and Café/Lounge Car Access ....................................................................................29
Denying Access....................................................................................................................29
Type of Service Animals ......................................................................................................30
Passenger Responsibility for Service Animal........................................................................30
Service Animal Relief ...........................................................................................................30
Accommodating Service Animal ..........................................................................................31
Seizure Alert Animals ..........................................................................................................31
**Offering the Most Appropriate Assistance**                                                   **32**
Ask First ..............................................................................................................................32
Avoid Embarrassing Situations............................................................................................32
**Assisting Passengers with Vision Disabilities**                                              **33**
Approaching and Greeting...................................................................................................33
Leading................................................................................................................................33
Attending and Assisting.......................................................................................................33
Meal Service ........................................................................................................................33
Parting.................................................................................................................................34
Boarding and Detraining .....................................................................................................34

Copyright © 2017 by Dr. Carl Berkowitz

**AMTRAK**

2016-08-04

**Assisting Passengers who are Deaf or Hard of Hearing** ..................................... **34**
  Communicating Verbally    34
**Assisting Passengers who are Deaf/Blind** ............................................................. **35**
  Approaching    35
  Printing on Palm    35
  Other Assistance    35
**Assisting Passengers with Mobility Impairments** ................................................. **36**
  Self-Certification of Mobility Impairment    36
  Assisting With Transferring to/from a Wheelchair    37
    Plan the move. .......................................................... 37
    When making the move. ........................................... 38
    Mobility pointers .................................................... 38
  Boarding and Detraining    38
    Single Level Equipment ........................................... 38
    Superliner Equipment ............................................. 38
    Emergency En Route ............................................... 38
  Emergency Evacuation of a Passenger using Two-Handed Seat Carry    39
  Emergency Evacuation of a Passenger using Fore-and-Aft Carry    39
**Assisting Passengers with Speech Disabilities** .................................................... **40**
**Assisting Passengers who are HIV Positive or who have AIDS** ......................... **40**
**Assisting Passengers of Short Stature** ................................................................. **41**
**Assisting Passengers with Hidden Disabilities** ................................................... **41**
    Psychiatric Disabilities ........................................... 41
    Tourette Syndrome ................................................ 41
    Epilepsy ................................................................. 41
    Cognitive Disabilities ............................................. 42
**Assisting Passengers of Large Size** ..................................................................... **42**
    Assistance/Wheelchair Lift. ..................................... 43
    Seating. .................................................................. 43
**Discounts** ........................................................................................................... **43**
**Complaint Procedures** ....................................................................................... **44**
**Appendix** ............................................................................................................ **44**
    Carriage of Passengers ........................................... 44
  Updates    45
  About this Chapter    45